| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sam S. Leslie, CPA<br>LEA Accountancy, LLP<br>1130 S. Flower Street, Ste 312<br>Los Angeles, CA 90015<br>Telephone (323) 987-5780<br>Facsimile (323) 987-5763 | |

☐ *Individual appearing without attorney*
☒ *Accountant for:* Chapter 7 Trustee Larry D. Simons

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>INGRID S. JORDAN, | CASE NO.: 6:20-bk-17559-SC<br>CHAPTER: 7 |
|---|---|
| | **APPLICATION FOR PAYMENT OF:**<br><br>☐ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br><br>☒ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)** |
| | DATE:<br>TIME:<br>COURTROOM: 126<br>PLACE:<br>        To be heard with Trustee's Final Report |
| Debtor(s). | |

1. Name of Applicant (*specify*):  LEA Accountancy, LLP

2. Type of services rendered:
   a. ☐ Attorney for (*specify*): _____
   b. ☒ Accountant for (*specify*):  Larry D. Simons, Chapter 7 Trustee
   c. ☐ Other professional (*specify*): _____

3. Date of filing of petition under chapter _7_ of the Bankruptcy Code:  11/20/2020

4. Date of entry of Order Approving Applicant's Employment:  06/07/2022

5. Date of filing of last Fee and/or Expense Application: _____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 1                    **F 2016-1.2.APP.PAYMENT.FEES**

6.  Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 0.00

    a.  Retainer received: $ 0.00

    b.  Retainer remaining as of the date of this Application: $ 0.00

    c.  Total amount requested in all prior applications: $ 0.00

    d.  Total amount actually paid pursuant to prior approved applications: $ 0.00

    e.  Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

    f.  Total amount allowed but reserved pending final fee application: $ 0.00

7.  **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Sam S. Leslie (2022) | $ 525.00 | X | 1.4 | = | $ 735.00 |
| b. Marianna Falco (2022) | $ 385.00 | X | 2.9 | = | $ 1,116.50 |
| c. Tom Engell (2022) | $ 385.00 | X | 1.0 | = | $ 385.00 |
| d. Aaron Robson (2022) | $ 225.00 | X | 3.0 | = | $ 675.00 |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

g.  ☐ Continued on attached page

8.  The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:    ☐ See attached page

9.  Bonus requested (final fee applications only): $ 0.00
    (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 2,911.50

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 0.00

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Postage | $ 56.55 |
| b. Copies | $ 10.40 |
| c. Tax Software Fees | $ 111.00 |
| d. Federal Express Fees | $ 33.47 |
| e. Pacer Fees | $ 4.00 |
| f. | $ |
| g. ☐  Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 215.42

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

See attached Declaration of Sam S. Leslie

15. Total number of attached pages of supporting documentation: _____

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/28/2022     Sam S. Leslie
_Date_          _Printed Name_                          _Signature_

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 3                    **F 2016-1.2.APP.PAYMENT.FEES**

DECLARATION OF SAM S. LESLIE

I, Sam S. Leslie, declare:

1. I am a Certified Public Accountant licensed under the laws of the State of California. I am a partner at LEA Accountancy, LLP ("LEA"), accountant to Larry D. Simons, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Ingrid S. Jordan, case number 6:20-bk-17559-SC.

2. Ingrid S. Jordan ("Debtor") filed for relief under Chapter 7 of the United States Bankruptcy Code on November 20, 2020. Larry D. Simons was appointed as the Chapter 7 Trustee ("Trustee") shortly thereafter in which capacity he continues to serve.

3. As part of the administration of the estate, the Trustee is required to file federal and state fiduciary income tax returns to comply with applicable federal and state tax laws and the United States Trustee's guidelines set forth in its "Handbook for Chapter 7 Trustees". Trustee engaged LEA to assist him in complying with these tax regulatory requirements. In addition, the LEA was engaged to perform other financial analysis, tax analysis, investigation, general and/or forensic accounting services and address any other tax matters including reviewing tax consequences which may be required by the Trustee.

4. LEA's firm address is 1130 S. Flower, Suite 312, Los Angeles, CA 90015. LEA's Employment Application was filed on May 13, 2022 and an Order approving LEA's employment was entered on June 07, 2022 with an effective

date of April 22, 2022. The Order employing LEA is also
attached to the Application as Exhibit A. LEA's resume
setting forth the qualifications of the professionals and
paraprofessionals is attached to the Application as Exhibit
B and is incorporated herein by this reference.

5. This First and Final Application for Compensation
will be heard with the Trustee's Final Report ("TFR"), the
final fee application of the Trustee's general counsel, Law
Offices of Larry D. Simons and the history of the case as
described therein is incorporated herein by this reference
pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv).

6. LEA has expended considerable time, effort, and
energy in the area of accounting and tax preparation during
the period from May 25, 2022 through October 25, 2022 on
this case. Professionals have expended no less than 8.3
hours and incurred fees totaling $2,911.50 and expenses
totaling $215.42 incident to the representation of the
Trustee. LEA's time records, including the professional
providing the services, a description of the work
performed, date, time expended, rate and amount billed are
for the services are attached to the Application as Exhibit
C and incorporated herein by this reference. Also attached,
as Exhibit D, is a professional fee summary and a
professional summary by category and, as Exhibit E, a
listing of expenses.

7. LEA assisted the Trustee by preparing the estate's
initial and final federal and California fiduciary and
individual tax returns for the year ended March 31, 2022,

tax return disclosure and the accounting necessarily attendant thereto. The fees incurred for the preparation and filing of the tax returns were necessary and reasonable to comply with filing requirements for the Internal Revenue Service ("IRS") and the California Franchise Tax Board ("FTB") (6.4 hours and fees of $2,274.00). LEA also prepared this fee application (1.9 hours and fees of $637.50). The blended hourly rate for these services is $350.78.

8. The estate's primary receipts stemmed from turnover of settlement funds from a fraudulent transfer in the amount of $60,000.00. According to the Trustee, the estate had $59,406.27 on account as of the date of this declaration.

9. LEA reviewed the Debtors' petition and schedules, docket, review of settlement motion and order, Form 1 "Individual Estate Property Record and Report" and Form 2 "Estate Cash Receipts and Disbursements Record" to determine the nature of the estate's receipts, appropriate tax treatment and as needed discussed same with Trustee. LEA prepared and filed initial and final federal and California fiduciary and the required individual tax returns (required attachment to the fiduciary tax returns) for Ingrid S. Jordan for the tax year ended March 31, 2022 and letters requesting prompt determination of tax liability under Bankruptcy Code Section 505(b), i.e., within sixty days. The final tax returns and prompt determination letters were filed with the IRS and the FTB

1  on July 05, 2022. The IRS has sixty days to review the tax

2  returns or the tax returns will be deemed accepted. The FTB

3  does not issue prompt determination clearance letters,

4  rather it relies on the expiration of the sixty days as its

5  prompt determination and will contact the Trustee if it has

6  an issue with the return. The sixty-day period expired on

7  September 03, 2022.

8     11. LEA's First and Final Application for Compensation

9  and all the matters therein are true based on my own

10  personal knowledge, information, and belief. If called as a

11  witness, I could and would testify competently thereto.

12     12. I have reviewed Local Bankruptcy Rule 2016-1

13  (a)(1) and the Application as supplemented by this

14  Declaration complies with the requirements set forth

15  therein.

16     13. For all the foregoing reasons, LEA believes the

17  services provided were promptly and efficiently rendered

18  and that the total fees and expenses requested herein,

19  $2,911.50 and $215.42, respectively, are reasonable.

20     WHEREFORE, Applicant prays that fees of $2,911.50 and

21  expenses of $215.42 be awarded on a final basis as set

22  forth herein. I declare under penalty of perjury under the

23  laws of the United States of America that the foregoing is

24  true and correct. Executed this 20th day of

25  _octobry_ 2022, at _Los Angeles_ , California.

26

27

28     Sam S. Leslie, CPA

EXHIBIT A



1   SAM S. LESLIE, CPA
    LEA Accountancy, LLP
2   1130 S. Flower Street
    Suite 312
3   Los Angeles, CA 90015
    323/987-5780 – Telephone
4   323/987-5763 – Facsimile
    Email: trustee@trusteeleslie.com
5
6   Proposed Accountant for Larry D. Simons,
    Chapter 7 Trustee
7

**FILED & ENTERED**

**JUN 07 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser    DEPUTY CLERK

8                  UNITED STATES BANKRUPTCY COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                      RIVERSIDE DIVISION

11

12   In re                          )   Case No. 6:20-bk-17559-SC
                                     )        [Chapter 7]
13   INGRID S. JORDAN,               )
                                     )   ORDER APPROVING TRUSTEE'S
14                         Debtor.   )   APPLICATION TO EMPLOY LEA
                                     )   ACCOUNTANCY, LLP AS
15                                   )   ACCOUNTANT
                                     )
16                                   )
                                     )   [No Hearing Required]
17   _____)

18       The Court, having considered the Chapter 7 Trustee's Application to

19   Employ Accountant, LEA Accountancy, LLP ("LEA"), the Declarations of

20   Larry D. Simons and Sam S. Leslie in Support Thereof (Docket No. 65), and

21   it appearing that LEA does not hold or represent any interest adverse to the

22   estate of Ingrid S. Jordan in the matters on which it is to be employed, that

23   it is a disinterested person as defined in Section 101(14), that its

24   employment is in the best interest of this estate and that no hearing is

25   required,

26       IT IS HEREBY ORDERED that the Chapter 7 Trustee is authorized to

27   employ LEA Accountancy, LLP on the terms set forth in the Application with

28   / / /

                                  -1-

1 | compensation to be approved after proper notice and hearing pursuant to 11

2 | U.S.C. §§ 327(a) and 330(a) effective April 22, 2022.

3 |

4 |

5 | # # #

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 | Date: June 7, 2022

Scott C. Clarkson
United States Bankruptcy Judge

25 |

26 |

27 |

28 |

**EXHIBIT B**

# LEA Accountancy, LLP

**1130 S. Flower Street, Suite 312**
**Los Angeles, California 90015**
**T: 323-987-5780   F: 323-987-5763**
**Email: sleslie@trusteeleslie.com**

LEA Accountancy's professional staff is highly trained group of individuals who are dedicated in providing bankruptcy trustees with excellent financial analysis and tax planning and preparation services. With the expertise he has honed since 1983, Sam S. Leslie, Managing Partner, provides both hands on services and supervises a staff that is experienced in federal and state tax law, the bankruptcy code and their application to the bankruptcy estate.  This experience assures the trustee that the estate is tax compliant and results in lower costs for these necessary services.

**Services Offered:**

- Financial Analysis and Tax Planning
- Asset Analysis
- Federal, State Income and Payroll Returns
- Bankruptcy Estate Tax Filing
- Delinquent Returns
- Accounting Reconstruction
- Preference Review and Analysis
- ERISA Plan Termination
- State Board of Equalization Sales Tax

**Client Base:**          Bankruptcy Trustees, Partnerships, Sub-Chapter S Corporations, Limited Liability Companies, other closely held businesses and high net worth individuals.

### Bankruptcy

After practicing for 8 years, LEA Accountancy diversified to provide tax and accounting services to bankruptcy trustees. LEA Accountancy is well-versed in the peculiarities of the Internal Revenue Code and its application to Chapter 7 and Chapter 11 proceedings. The firm's extensive knowledge of bankruptcy estate tax filing requirements and related procedures assure trustees of a "prompt" determination from the IRS. LEA Accountancy provides specialized attention to identifying potential federal and state tax refunds, net operating loss carryforwards and/or carrybacks, tax basis issues and asset recovery. This focus assists the trustee in maximizing recovery of monies to the bankruptcy estate while at all times focusing on the estate closing process.

LEA Accountancy, LLP
Bankruptcy Estate of Ingrid S. Jordan
Case # 6:20-bk-17559-SC
Resume

With LEA trustees rely on a team of seasoned professionals who address in detail each and every compliance and tax preparation concerns. LEA's advice includes analyzing the complexities of payroll tax and sales tax issues, as well as pre-petition delinquent returns. Boxes of "meaningless paper" are organized into financial statements that often result in recoverable assets that may not have been disclosed in the bankruptcy petition and schedules. In short, LEA strives to ensure that the best possible results are achieved for the bankruptcy estate with the least amount of complication for the trustee.

LEA staff members possess a broad array of accounting experience that allows them to address complex corporate, partnership and limited liability company tax issues, as well as consolidated multi-state returns and layered partnerships.

### Professional Staff

**Sam S. Leslie, CPA**
**Partner**

Mr. Leslie has extensive experience in bankruptcy oversight, having provided insolvency services since 1990 and serving as a Chapter 7 Trustee in the Central District of Los Angeles since 2003. He has worked  in public accounting since 1983. In 1988, Mr. Leslie founded Leslie Accountancy (which later became known as LEA Accountancy, LLP), a full-service CPA firm serving high net worth individuals, privately owned companies and bankruptcy trustees. In addition to his bankruptcy related experience, Mr. Leslie concentrates his services in tax planning and preparation, and financial matters, including financing, acquisitions, divestitures, restructuring and other financial advice

Over the course of his career, Mr. Leslie has acquired knowledge outside of the accounting field. In his capacity as a principal and strategic advisor, Mr. Leslie founded, operated and subsequently sold numerous businesses for a profit. These operations have centered on the sale and marketing of both products and services. Examples include bagel/deli shop and catering business, print magazine and "yellow pages" like listing publications, specialty product wholesale business (i.e. candles, scents, potpourri) supplying high-end department stores, purchase, renovation and resale of real estate and owning and operating vacation rental properties.

Mr. Leslie and his partners acquired the print magazine as a turnaround proposition. When acquired it was losing $20K a month but was generating annual revenues of $4.5M with a staff of thirty-five plus (35+). After successful financial results were achieved by the repositioning of its two sister publications and website and performing a bottom-up review and implementing subsequent changes to the operation, the company was sold in 2006 for a significant financial return to the partners. Further, in his capacity as Chapter 7 trustee, Mr. Leslie has operated a grocery/market generating daily sales of $30K (100 employees) where cash controls and an

LEA Accountancy, LLP
Bankruptcy Estate of Ingrid S. Jordan
Case # 6:20-bk-17559-SC
Resume

immediate recreation of the accounting records were of critical importance. Mr. Leslie was previously the Trustee in an individual Chapter 7 case in which he was able to substantiality consolidate that case with approximately 43 limited liability companies in which the debtor was a principal.  That case required him to manage real estate operations both in and out of state and arrange the marketing and sale of three commercial properties, six residential rental apartment buildings, ten single family residences, leased windmill farm, as well as vacant parcels land for a total of 142 parcels in the case, 92 were sold. Over the years Mr. Leslie has evaluated the viability of numerous other businesses. Mr. Leslie has extensive experience with Chapter 11 matters. He is currently serving as the Plan Agent for Art & Architecture Books of the 21st Century (DBA ACE Gallery) where he is operating pursuant to a confirmed plan of reorganization. He currently serves as the Chapter 7 Trustee for TBH19, LLC and recently, in a court supervised overbid achieved a sale of the real property owned by that debtor for $63.1 mm. He is currently serving as the Chapter 7 Trustee (converted by S. Leslie from a Chapter 11 case) in the Coldwater Development, LLC and Lydda Lud, LLC cases where the asset of approximately 65.61 acres of vacant land located in the Santa Monica Mountains above Beverly Hills, California was sold.

With these experiences, he has learned among other things the importance of customer service, internal controls, cash flow management, marketing and income and expense matching.

Mr. Leslie received his B.S. in Business Administration from the San Diego State University in 1983.  He received a CPA designation in 1986.

**Marianna Falco, CPA, CFE**
**Tax Manager and Bankruptcy Coordinator**

Ms. Falco has been associated with LEA Accountancy since 2017.  Prior to joining LEA Accountancy, Ms. Falco was a Tax & Compliance Manager for an International Medical Device organization.  She has focused her tax work on compliance, international and cross border tax issues.  She has been a practicing Fraud Examiner for 10 years conducting fraud examinations for Home Owners Associations and Partnerships.

Ms. Falco has a B.S. in Business Management and an MBA with a special emphasis in Accountancy.

**Terry Fussell, CPA**
**Senior Tax Specialist**

Mr. Fussell joined the professional staff of LEA Accountancy in 2004 and manages a client base consisting of insolvency, high net-worth individuals and their closely held businesses.   Prior to joining LEA, he worked as a Senior Accountant at Martin Werbelow, LLP, and a Pasadena, California public accounting firm concentrating on estate and gift tax clients.   During a twenty-year career based on providing tax as well as business advisory services, Mr. Fussell has served

LEA Accountancy, LLP
Bankruptcy Estate of Ingrid S. Jordan
Case # 6:20-bk-17559-SC
Resume

as CFO/sat on the board of directors at Nutripeak.com, Inc., a Los Angeles based sports nutrition retailer and was CFO at JLS Technology Staffing Inc in Atlanta, Georgia.   Mr. Fussell launched his career in 1991 as Senior Associate/Controller at Frazier & Deeter, LLC, one of Atlanta's top five CPA firms.

In addition to working with LEA Accountancy, in 2010 Mr. Fussell formed The Fussell Group, LLC, a business advisory firm.

Mr. Fussell graduated from Georgia State University (Atlanta, Georgia) with a Bachelor of Science in Finance in 1990.

**Thomas A. Engell, CPA, MST**
**Special Projects Consultant**

Mr. Engell joined the professional staff of LEA Accountancy in 2000 and is currently working as a Special Projects Consultant.   During his 27-year career in accounting and financial services, Mr. Engell acquired work experience both in the United States and Canada.   In 1990, he founded Engell & Associates, CGA, a full-service accounting firm located in Ontario, Canada.   He launched his career in 1984 as a Senior Accountant at Brownlow, Thompson & McKay, and CGA.

In addition, Mr. Engell is a co-author of AccPac, a computer-applied accounting software.  He has been a member of the board of directors of several Canadian-based financial and insurance companies, was an Accounting, Taxation and Finance professor at Fanshawe College (Woodstock,

Ontario), has served as a business advisor to local government, and was partner and active in as in the management of the print magazine with Mr. Leslie.

In addition to working with LEA Accountancy, in 2011 Mr. Engell formed The Rocher Group, LLC, a business advisory firm.

Mr. Engell graduated from Mohawk College (Ontario, Canada) in 1984, Accountancy Department. Mr. Engell has received his Masters in Taxation from Taft University.

**Thomas Ballou**
**Partner, Business Manager**

Mr. Ballou joined LEA Accountancy in 1983 and is responsible for the oversight of all aspects of business management and operations.   Prior to joining the firm, he held professional service positions at Liberty Securities and Pharmavite Manufacturers, both located in Los Angeles, California.

Mr. Ballou graduated with a B.S. in Computer Science from Coleman College, San Diego in 1983.

LEA Accountancy, LLP
Bankruptcy Estate of Ingrid S. Jordan
Case # 6:20-bk-17559-SC
Resume

**Aaron Robson**
**Senior Accountant**

Mr. Robson joined the professional staff at LEA Accountancy's predecessor, Leslie Accountancy, in 1997 as a staff accountant.  In 2011 Mr. Robson joined the staff of The Rocher Group as an Accountant, Operations and Client Relationships Manager.  In 2017 he has returned to the fold of LEA Accountancy as a Senior Accountant.  With two decades of experience in the accounting field his primary services have included forensic accounting, income tax preparation and QuickBooks management.

Mr. Robson graduated with a B.S. in Business Administration with an Emphasis in Accounting and Finance from the University of Colorado, Boulder in 1992

**Lori J. Ensley**
**Forensic Accountant & Special Projects Manager**

Ms. Ensley's experience includes nine years of accounting experience as a staff accountant, cost analyst, and controller for various companies; three years as director of operations for a manufacturing and advertising firm; and twenty-two years as a financial/turnaround management consultant with Robert F. Bicher & Associates.  Ms. Ensley has overseen a variety of business operations including, but not limited to, manufacturing, retail, medical practices, advertising, real estate, mortgage, and service businesses.  In addition, Ms. Ensley has assisted numerous Chapter 11 Debtors with United States Trustee Compliance Requirements and provided agent services for Chapter 11 and 7 Trustees in Southern California.

Ms. Ensley graduated from the University of California Los Angeles in 1983 with a Bachelor of Arts in English and minor in Economics.

**Robert F. Bicher, III**
**Forensic Accountant & Special Projects Manager**

Mr. Bicher's experience includes three years as a financial consultant for investment management firms; five years as a full-time faculty member at California State University San Bernardino, teaching graduate and undergraduate finance and marketing; four years with the Office of the United States Trustee as Senior Bankruptcy Analyst, administering over 3,000 Chapter 11 cases; and twenty-five years performing financial consulting and turnaround management as Interim CEO/President, Liquidating Agent, Disbursing Agent, Claims Agent/Administrator and Court ordered Examiner for financially distressed companies, Trustees, Receivers, and Chapter 11 Debtors.  Mr. Bicher has directly managed and controlled various types of operations including,

LEA Accountancy, LLP
Bankruptcy Estate of Ingrid S. Jordan
Case # 6:20-bk-17559-SC
Resume

but not limited to, manufacturing, retail, medical practices, advertising, real estate, mortgage, and service businesses.

Mr. Bicher graduated Phi Beta Kappa with High Honors in 1975 from the University of California Riverside with a Bachelor of Science of Administrative Sciences, specializing in finance and accounting, and from the Graduate School of Administration (now known as the Graduate School of Management) of the University of California Riverside in 1978 with a Masters of Administration in Business Administration, specializing in finance

**Austin P. Martin, CFE**
**Bankruptcy Accountant**

Mr. Martin's professional experience includes three years as an accountant and accounting manager primarily performing audits and compilations, as well as financial statement and income tax preparation for a wide range of business entities with a focus on non-profit and exempt organizations. Additionally, Mr. Martin has three years of experience assisting with forensic accounting analysis and several years of experience with small business/nonprofit organization and management.

Mr. Martin graduated with a B.S. in Business Administration with an Emphasis in Accounting from the University of Arizona, Eller College of Management in May, 2018.

**Jacquelina Navarro**
**Jr Bankruptcy Accountant**

Ms. Navarro joined the professional staff at LEA Accountancy in 2014. She has professional experience in sorting and processing accounting payables and receivables, including but not limited to bank reconciliation and bank deposits, assisting with collection of state property for clients, recording checks into check logs, developing and maintaining files for large matters of moderate complexity and serving as department point of contact for internal clients, external counsel, and public in general.

Ms. Navarro graduated with a B.S. in Mathematics from California State University, Los Angeles in May 2021.

---

**When you select LEA Accountancy, LLP as your Certified Public Accountants, you partner with an organization dedicated to operating at the highest level of professionalism; a firm that takes great pride in providing the best in customer service.**

**EXHIBIT C**

LEA Accountancy, LLP
Bankruptcy Estate of Ingrid S. Jordan
Case # 6:20-bk-17599-SC
Time Detail

| Employee | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| **2021 Tax Preparation - Ingrid** | | | | | |
| Marianna Falco | 5/25/22 | 0.60 | $ 385.00 | 231.00 | Initial review of case documents, email from Trustees office Form 2, Form 1, Petition; email Trustee requesting estimated legal fees and costs |
| Sam Leslie | 5/25/22 | 0.20 | $ 525.00 | 105.00 | discuss initial review of case documents with M Falco, Form 2, Form 1, Petition; settlerssnt motion doc # 60 |
| Marianna Falco | 5/25/22 | 0.80 | $ 385.00 | 308.00 | Continued preparation of tax returns, Forms 1041/1040, federal, and California Forms 541/540, continued review settlement agreement regarding tax v. nontaxable. Tie to Form 2 |
| Marianna Falco | 5/25/22 | 0.60 | $ 385.00 | 231.00 | Continued preparation of tax returns, Forms 1041/1040, federal, and California Forms 541/540, draft income tax disclosure, tie to Form 1 & 2. , non taxable turnover of a fraudulent transfer |
| Marianna Falco | 5/25/22 | 0.50 | $ 385.00 | 192.50 | Initial Preparation of federal and state prompt determination requests and acknowledgments, |
| Tom Engell | 5/26/22 | 1.00 | $ 385.00 | 385.00 | Review of tax Forms 1041/1040, federal, and California Forms 541/541 for the final year ending March 31, 2022. Review settlement motion on turnover of assets in fraudulent transfer of real property. Review Forms 1 and 2.  Provide comments to Preparer and make edits directly onto return. |
| Marianna Falco | 5/27/22 | 0.40 | $ 385.00 | 154.00 | Continued preparation/review of tax returns, Forms 1041/1040, federal, and California Forms 541/540 |

LEA Accountancy, LLP
Bankruptcy Estate of Ingrid S. Jordan
Case # 6:20-bk-17599-SC
Time Detail

| | | | | | |
|---|---|---|---|---|---|
| Sam Leslie | 6/2/22 | 0.40 | $525.00 | $ | 210.00 | Final review of tax Form 1041, U.S. Income tax Return for Estates and Trusts, and Form 541, California Fiduciary Income Tax Return, Forms 1 & 2, related documents & pleadings, execute tax returns tax year ended: 3-31-2022, Initial & Final year |
| Aaron Robson | 6/6/22 | 0.90 | $225.00 | $ | 202.50 | Preparation of 2021 tax return package for Trustee Review and Signatures, including final preparation of prompt return letters |
| Sam Leslie | 6/7/22 | 0.10 | $525.00 | $ | 52.50 | review email re: tax returns received, K Green |
| Aaron Robson | 7/6/22 | 0.90 | $225.00 | $ | 202.50 | Preparation of 2021 tax return package for IRS PA, IRS UT and FTB CA, including the preparation of acknowledgement letters to return to Trustee |
| | Sub-Total | 6.40 | | $ | 2,274.00 | |

**Fee Application Preparation**

| | | | | | |
|---|---|---|---|---|---|
| Sam Leslie | 10/24/22 | 0.40 | $ 525.00 | $ | 210.00 | ongoing  review of files, review draft declaration , edits call w/ M Falco regarding same |
| Aaron Robson | 10/24/22 | 0.80 | $ 225.00 | $ | 180.00 | Continued drafting draft of fee application, declaration |
| Sam Leslie | 10/25/22 | 0.30 | $ 525.00 | $ | 157.50 | Review and edit fee application declaration |
| Aaron Robson | 10/25/22 | 0.40 | $ 225.00 | $ | 90.00 | Continued preparation of final fee application, fnal edits |
| | Sub-Total | 1.90 | | $ | 637.50 | |

| | | | | |
|---|---|---|---|---|
| **Total Professional Fees** | | 8.3 | $ | 2,911.50 |

| | | | |
|---|---|---|---|
| **Total Expenses** | | $ | 215.42 |

| | | | |
|---|---|---|---|
| **Total Professional Fees and Expenses** | | $ | 3,126.92 |

.

EXHIBIT D

LEA Accountancy, LLP

Bankruptcy Estate of Ingrid S. Jordan

Case # 6:20-bk-17599-SC

Time Summary

| Employee | Hours | Rate | Amount |
|---|---|---|---|
| **Summary by Professional** | | | |
| Sam S. Leslie (2022) | 1.4 | 525.00 | 735.00 |
| Marianna Falco (2022) | 2.9 | 385.00 | 1,116.50 |
| Tom Engell (2022) | 1.0 | 385.00 | 385.00 |
| Aaron Robson (2022) | 3.0 | 225.00 | 675.00 |
| **Total Professional Fees and Time** | 8.3 | $ | 2,911.50 |
| Average Professional Fees | | $ | 350.78 |
| **Time by Professional by Category:** | | | |
| **2021 Tax Preparation - Ingrid** | | | |
| Sam S. Leslie (2022) | 0.7 | 525.00 | 367.50 |
| Marianna Falco (2022) | 2.9 | 385.00 | 1,116.50 |
| Tom Engell (2022) | 1.0 | 385.00 | 385.00 |
| Aaron Robson (2022) | 1.8 | 225.00 | 405.00 |
| | 6.4 | $ | 2,274.00 |
| **Preparation of Fee Application** | | | |
| Sam S. Leslie (2022) | 0.7 | 525.00 | 367.50 |
| Aaron Robson (2022) | 1.2 | 225.00 | 270.00 |
| **Total** | 1.9 | $ | 637.50 |

EXHIBIT E

LEA Accountancy, LLP
Bankruptcy Estate of Ingrid S. Jordan
Case # 6:20-bk-17599-SC
Expenses

| Date | Amount | Description |
|---|---|---|
| 5/13/22 | $111.00 | Tax Software Expenses - CA 21 Fiduciary |
| 5/13/22 | NC | Tax Software Expenses - CA 21 Individual |
| 5/25/22 | $2.76 | Postage - App to Employ - 2 pages |
| 5/25/22 | $21.20 | Postage - App to Employ - Debtor |
| 5/31/22 | $4.00 | PACER - Q2 Fees |
| 6/3/22 | $5.92 | Postage - Dec. That No Party - Judge/Return |
| 6/6/22 | $33.47 | FedEx - Jordan, Ingrid - 2021 TR |
| 7/6/22 | $1.59 | Postage - 2021 Certified Return Envelopes |
| 7/6/22 | $8.36 | Postage - 2021 FTB CA |
| 7/6/22 | $8.36 | Postage - 2021 FED PA |
| 7/6/22 | $8.36 | Postage - 2021 FED UT |
| 7/6/22 | $10.40 | Copies - 52 @ .20   (2021 Tax Returns) |

**Total**    $215.42

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, California 90015.

A true and correct copy of the foregoing document entitled Application for Payment of Final Fees and/or Expenses for LEA Accountancy, LLP will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 4, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Benjamin R Heston | docs@hestonlaw.com, HestonBR41032@notify.bestcase.com, handhecf@gmail.com |
| Keith Q Nguyen | keith.attorney@gmail.com, atlantislaw.ecf@gmail.com |
| Frank X Ruggier | frank@ruggierlaw.com, enotice@pricelawgroup.com |
| Larry D Simons (TR) | larry@lsimonslaw.com, c119@ecfcbis.com;nancy@lsimonslaw.com; cynthia@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com |
| Valerie Smith | claims@recoverycorp.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Reilly D Wilkinson | rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com |

□    Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL:** On November 4, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court            Ingrid S. Jordan
The Honorable Scott C. Clarkson          503 W. Grevillea St.
United States Bankruptcy Judge           Ontario, CA 91762
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

□    Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

□    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 4, 2022

_____
Karissa De La Trinidad

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.