```
Sam S. Leslie, CPA
LEA ACCOUNTANCY, LLP
1130 S. Flower Street
Suite 312
Los Angeles, CA 90015
Telephone (323) 987-5780
Facsimile (323) 987-5763
Email: trustee@trusteeleslie.com

Accountant for Larry D. Simons,
Chapter 7 Trustee
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>INGRID S. JORDAN,<br><br><br><br><br>Debtor. | CASE NO. 6:20-bk-17559-SC<br>[Chapter 7]<br><br>DECLARATION OF LARRY D. SIMONS [client statement] IN SUPPORT OF THE FIRST AND FINAL FEE APPLICATION FOR LEA ACCOUNTANCY, LLP<br><br>[To be Heard with the Trustee's Final Report] |

I, Larry D. Simons declare:

1. I am the duly appointed and acting Chapter 7 Trustee for the above-captioned case. I have personal knowledge of the following facts and, if called, I could and would testify competently thereto.

2. I have reviewed the First and Final Fee Application of LEA Accountancy, LLP, my accountant in the above-captioned case. I am satisfied with the services rendered by LEA and no changes were made to the bill.

3. I have no objection to the fees or costs requested in the Application.

1    I declare under penalty of perjury under the laws of the
2    United States of America that the foregoing is true and correct.
3    Executed this  3rd   day of  November         2022, at
4    Riverside                 , California.
5
6                                          _____
7                                          Larry D. Simons

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, California 90015.

A true and correct copy of the foregoing document entitled Declaration re Support of the First and Final Fee Application for LEA Accountancy, LLP (Client Statement) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 4, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Benjamin R Heston | docs@hestonlaw.com, HestonBR41032@notify.bestcase.com, handhecf@gmail.com |
| Keith Q Nguyen | keith.attorney@gmail.com, atlantislaw.ecf@gmail.com |
| Frank X Ruggier | frank@ruggierlaw.com, enotice@pricelawgroup.com |
| Larry D Simons (TR) | larry@lsimonslaw.com, c119@ecfcbis.com;nancy@lsimonslaw.com; cynthia@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com |
| Valerie Smith | claims@recoverycorp.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Reilly D Wilkinson | rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On November 4, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Scott C. Clarkson
United States Bankruptcy Judge
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 4, 2022

Karissa De La Trinidad

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1. PROOF OF SERVICE**