Larry D. Simons
3610 Central Avenue, Suite 400
Riverside, CA 92506
Tel: (951) 686-6300
Fax: (951) 742-4733
larry@lsimonslaw.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>INGRID JORDAN<br><br>Debtor(s). | Case No. 6:20-bk-17559 SC<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S REPORT OF SALE/SETTLEMENT PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

**TO THE HONORABLE SCOTT C CLARKSON, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE AND INTERESTED PARTIES:**

Larry D. Simons, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee") of the estate of Ingrid S. Jordan (the "Debtor") respectfully submits his Report of Sale/Settlement pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 6004-1(g), and the Handbook for Chapter 7 Trustees.

1. Property of the Debtor's Estate included a claim that Debtor had fraudulently transferred certain real property located at 503 W. Grevillea Street, Ontario (the "Property"). After commencing a complaint against defendants regarding the transfer of the Property, the Trustee and Defendants entered into a settlement agreement.

2. On April 1, 2022, the Trustee filed a Motion to Approve the Settlement Agreement pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Motion") [docket number 60].

3.  No party objected to the Motion and based upon the lack of opposition and the merits of the Motion, the Court entered an order approving the Motion on April 21, 2022 [docket number 63].

4.  Defendants performed as required under the settlement agreement and all funds have been tendered to the Trustee. Specific terms of the settlement can be reviewed in the Motion. As all funds have been tendered, the Estate's interest in the Property is deemed fully administered.

Dated: 1/5/2023
          /s/ Larry D. Simons
          Larry D. Simons, Chapter 7 Trustee

Larry D. Simons, Chapter 7 Trustee
3610 Central Avenue, Suite 400
Riverside, CA 92506

2
CHAPTER 7 TRUSTEE'S REPORT OF SALE/SETTLEMENT PURSUANT TO RULE 6004(F) OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE - CASE NO. 6:20-BK-17559 SC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3610 Central Avenue, Suite 400, Riverside, California 92506

A true and correct copy of the foregoing document entitled (*specify*):

**CHAPTER 7 TRUSTEE'S REPORT OF SALE/SETTLEMENT PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __01/05/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Valerie Smith:** claims@recoverycorp.com
**Keith Q. Nguyen:** keith.attorney@gmail.com
**Reilly D. Wilkinson:** rwilkinson@scheerlawgroup.com
**Frank X. Ruggier:** frank@ruggierlaw.com
**OUST-RIVERSIDE:** ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __01/05/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Ingrid S. Jordan, 503 West Grevilliea Street, Ontario, CA 91762

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/05/2023 | Karen Green | /s/ Karen Green |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**