**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

In re:  JORDAN, INGRID S.    §    Case No. 6:20-17559 SC
    §
    §
    §
    Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/20/2020. The undersigned trustee was appointed on 11/20/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of    $    60,000.00

    Funds were disbursed in the following amounts:

    Payments made under an
      interim distribution                    0.00
    Administrative expenses                   0.00
    Bank service fees                       882.07
    Other payments to creditors               0.00
    Non-estate funds paid to 3rd Parties      0.00
    Exemptions paid to the debtor             0.00
    Other payments to the debtor              0.00

    Leaving a balance on hand of[1]    $    59,117.93

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/03/2021 and the deadline for filing governmental claims was 05/19/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,250.00, for a total compensation of $6,250.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $176.51 for total expenses of $176.51$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/06/2023　　　　　　　　　　　　By: /s/ Larry D. Simons
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit A

Page: 1

**Case No.:** 6:20-17559 SC

**Case Name:** JORDAN, INGRID S.

**For Period Ending:** 02/06/2023

**Trustee Name:** (001390) Larry D. Simons

**Date Filed (f) or Converted (c):** 11/20/2020 (f)

**§ 341(a) Meeting Date:** 12/22/2020

**Claims Bar Date:** 05/03/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 503 W. Grevillea St., Ontario, CA 91762-0000, San Bernardino County<br>Single-family home. Joint tenant. Debtor is 68 years old. On title with daughter and son-in-law who reside at the property. Entire property value: $505,000.00. Debtor owns $252,500.00. Debtor intends to retain the property and enter into Reaffirmation Agreement. | 505,000.00 | 0.00 | | 0.00 | FA |
| 2 | Fraudulent Transfer Complaint (u)<br>Undisclosed asset. Settlement amount of $60,000.00 from defendants Shannon & Jeremy Bailey to settle fraudulent transfer complaint regarding estate's interest in debtor's Ontario, CA property. (Motion filed 3/31/2022, Order granting compromise of controversy 4/20/2022, Docket No. 63). Report of Sale/Settlement filed 1/05/2023, Docket No. 76. | 0.00 | 60,000.00 | | 60,000.00 | FA |
| 3 | Misc. Household Furnishings | 1,800.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. Electronics | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Collectible Items | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. Hobby Equipment | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Checking & Savings: Wells Fargo | 1,833.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$510,433.00** | **$60,000.00** | | **$60,000.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

| | |
|---|---|
| **Case No.:** 6:20-17559 SC | **Trustee Name:** (001390) Larry D. Simons |
| **Case Name:** JORDAN, INGRID S. | **Date Filed (f) or Converted (c):** 11/20/2020 (f) |
| | **§ 341(a) Meeting Date:** 12/22/2020 |
| **For Period Ending:** 02/06/2023 | **Claims Bar Date:** 05/03/2021 |

**Major Activities Affecting Case Closing:**

Proposed distribution of 34.3% to unsecured claims
01/05/2023 - Filed Report of Sale/Settlement as evidence that defendants performed as required under the settlement agreement and all funds were received into the estate.

STATUS AS OF 12/31/2022:
11/04/2022 - Accountant filed their final fee application for Fees of $2,911.50 and Expense reimbursement of $215.42.
10/06/2022 - Emailed accountant for status on their fee application. They said it will be completed by mid-October and apologized for the delay.
STATUS AS OF 09/30/2022:
Will file TFR when we receive accountant's final fee application
09/20/2022 - Emailed to remind accountant to file their fee application.
09/06/2022 - IRS 60 day prompt determination period has passed.
08/24/2022 - Accountant plans to file their fee application when the IRS prompt determination period passes.
08/24/2022 - General counsel filed fee application for fees $28,760.00 and expenses $241.95.
07/25/2022 - Filed Notice To Professionals so professionals can file their fee applications. Court costs $350.00.
07/05/2022 - Tax returns were filed with taxing authorities, per accountant.
STATUS AS OF 06/30/2022:
IRS prompt determination period will pass by August 27, 2022
06/14/2022 - estate returns signed and mailed back to accountant for filing with taxing authorities
06/07/2022 - received estate tax returns
06/07/2022 - Order entered granting employment of accountant [Docket No. 68]
06/06/2022 - declaration that no party requested a hearing on employing accountant was filed
05/13/2022 - application to employ accountant was filed
04/21/2022 - e-mailed case documents to proposed accountant requesting estate tax return preparation
04/20/2022 - order entered granting motion to approve compromise with defendants [Docket No. 63]
04/19/2022 - filed declaration that no party requested a hearing on motion to approve compromise with defendants.
STATUS AS OF 03/31/2022:
03/31/2022 - general counsel filed motion to approve compromise with defendants in adversary case.
03/28/2022 - received $60,000.00 from the defendants in the adversary case for settling the fraudulent transfer complaint.
03/24/2022 - order granting third motion to extend deadline to 08/31/2022 [Docket No. 58]
03/22/2022 - tentative ruling is for granting trustee's deadline extension to object to debtor's exemptions to 08/31/2022.
In Adversary Proceeding, pre-trial conference hearing is rescheduled from 04/26/2022 to 07/26/2022 at 10:00 a.m.
In Adversary Proceeding, pre-trial conference hearing is rescheduled from 03/22/2022 to 04/26/2022 at 10:00 a.m.
02/22/22 - general counsel filed third motion to extend deadline for trustee to object to debtor's exemptions. Hearing is set for 03/22/2022 at 10:00 a.m.

STATUS AS OF 12/31/2021:
On-going litigation in Adversary Proceeding. Pre-trial conference hearing is rescheduled to 03/22/2022.
10/28/2021 - PRS Receivables provided documentation.
10/25/2021 - e-mailed to follow up with creditors
10/14/2021 - claimant PRA Receivables said they are working on getting us the documentation we requested.
10/14/2021 - e-mailed Resurgent Capital Services asking for more documentation.
10/13/2021 - claimant Resurgent Capital Services provided some of the documentation requested.
10/12/2021 - order granting motion to extend deadline for trustee to object to debtor's exemption through 02/28/2022 [Docket No. 51]
10/07/2021 - e-mailed claimants for documentation if accounts were active during 2018.
09/14/2021 - no hearing. It was continued to 10/12/2021.
09/10/2021 - filed amended second motion to extend deadline. Hearing set for 10/12/21 at 11:00 a.m.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

| | |
|---|---|
| Case No.: 6:20-17559 SC | Trustee Name: (001390) Larry D. Simons |
| Case Name: JORDAN, INGRID S. | Date Filed (f) or Converted (c): 11/20/2020 (f) |
| | § 341(a) Meeting Date: 12/22/2020 |
| For Period Ending: 02/06/2023 | Claims Bar Date: 05/03/2021 |

08/19/2021 - filed second motion to extend deadline.  Hearing set for 09/14/2021 at 11:00 a.m.
Deadline to object to debtor's exemption is 08/31/2021.
07/13/2021 - Status conference on adversary proceeding was continued to 01/18/2022.
STATUS AS OF 06/30/2021:
05/03/2021 - Adversary Proceeding opened.  Status conference hearing is set for 07/13/2021.
04/29/2021 - Order granting motion to extend deadline to 08/31/2021 [Docket No. 29]
04/27/2021 - Hearing on motion to extend deadline to object to debtor's exemption to 08/31/2021 was granted.
03/22/2021 - general counsel filed notice of motion to extend deadline for trustee to object to debtor's exemptions to 08/31/2021.  Hearing set for 04/27/2021 at 11:00 a.m.
03/15/2021 - Order granting employment of general counsel [Docket No. 23]
02/22/2021 - filed motion to extend deadline for trustee to object to debtor's exemptions to 08/31/2021.
02/22/2021 - filed declaration that no party requested a hearing on motion to employ general counsel
02/03/2021 - filed motion and notice of application to employ Law Offices of Larry D. Simons as general counsel
01/27/2021 - filed Meeting of Creditors Held and Concluded
01/27/2021 - filed Notice of Assets
01/26/2021 - Received copy of trust information. Waived appearances for 341(a) hearing

STATUS AS OF 12/31/2020:
12/22/2020 - 341(a) continued to 01/26/2021 for copy of trust information

PROFESSIONALS:
General counsel - Law Offices of Larry D. Simons (Frank Ruggier)
Accountant:  LEA Accountancy, LLP  (Sam S. Leslie)

LITIGATION:
05/03/2021 - opened 6:21-ap-01053   Trustee v. Shannon & Jeremy Bailey
Complaint to avoid and recover fraudulent transfer
05/04/2021 - summons service executed on Defendants.  Notice of status conference set for 07/13/2021 at 11:00 a.m.
06/02/2021 - Defendants filed answer to complaint
Deadline to file joint status report 06/29/2021
06/29/2021 - filed joint status report and amended status report
Status Conference scheduled for 07/13/2021 at 11:00 a.m.
07/13/2021 - Pre-trial conference hearing continued to 01/18/2022 at 11:00 a.m.; discovery cutoff date 11/01/2021; last day to file pretrial motions 12/17/2021.
07/15/2021 - filed notice of lodgment of order or judgment regarding status conference and scheduling order
07/15/2021 - scheduling order changes made by the court changes last date for pre-trial motion.  Last date of 12/17/2021 for pre-trial motions to be heard and resolved.
09/30/2021 - mailed discovery documents to defendants' counsel: Interrogatories, Requests for Production of Documents, and Requests for Admissions.
Discovery exchange between parties is due by 10/30/2021
10/27/2021 - mailed and e-mailed counsel of record for defendants' responses to the interrogatories, production and admissions.
Pre-trial conference hearing set for 01/18/2022.
12/17/2021 - general counsel filed stipulation between parties to continue pre-trial conference hearing to March 22, 2022 at 10:00 a.m.
Mediation has been scheduled for 01/24/2022 at 10:00 a.m. with mediator Meredith Jury.
12/27/2021 - order granting stipulation.  Pre-trial conference is continued from 01/18/2022 to 03/22/2022 at 10:00 a.m. [Docket No. 16]
03/11/2022 - order continuing pre-trial conference from 03/22/2022 to 04/26/2022 at 10:00 a.m. [Docket No. 19]
03/15/2022 - general counsel filed stipulation between parties to continue pre-trial conference hearing to 07/26/22 at 10:00 a.m.
03/15/2022 - order entered granting stipulation to continue pre-trial conference from 04/26/2022 to 07/26/2022 at 10:00 a.m. [Docket No. 23]
03/28/2022 - received $60,000.00 for the compromise met
05/13/2022 - filed stipulation between parties to dismiss adversary proceeding with prejudice and request that

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A
Page: 4

| | |
|---|---|
| **Case No.:** 6:20-17559 SC | **Trustee Name:** (001390) Larry D. Simons |
| **Case Name:** JORDAN, INGRID S. | **Date Filed (f) or Converted (c):** 11/20/2020 (f) |
| | **§ 341(a) Meeting Date:** 12/22/2020 |
| **For Period Ending:** 02/06/2023 | **Claims Bar Date:** 05/03/2021 |

Court vacate pending pretrial conference
05/16/2022 - order entered approving stipulation to dismiss [Docket No. 27]
06/14/2022 - Adversary Case Closed

INSURANCE:
N/A

TAX STATUS:
Estate tax returns were prepared and submitted to taxing authorities.
IRS Prompt determination period has passed.

CLAIMS: Claims Bar Deadline: 05/03/2021
No objections to claims.
06/21/21 - transfers of claims #11, #12, #13, #14, #15, #16, #18 from Synchrony Bank to Resurgent Receivables LLC

**Initial Projected Date Of Final Report (TFR):** 06/30/2023     **Current Projected Date Of Final Report (TFR):** 01/12/2023 (Actual)

Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 6:20-17559 SC | Trustee Name: | Larry D. Simons (001390) |
|---|---|---|---|
| Case Name: | JORDAN, INGRID S. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7271 | Account #: | ******1127 Checking |
| For Period Ending: | 02/06/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/28/22 | {2} | Shannon Bailey | Settlement amount from defendants in adversary case for fraudulent transfer complaint regarding debtor's Ontario, CA property. | 1241-000 | 60,000.00 |  | 60,000.00 |
| 03/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 9.61 | 59,990.39 |
| 04/29/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 92.94 | 59,897.45 |
| 05/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 92.80 | 59,804.65 |
| 06/30/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 105.45 | 59,699.20 |
| 07/29/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 92.49 | 59,606.71 |
| 08/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 105.08 | 59,501.63 |
| 09/30/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 95.36 | 59,406.27 |
| 10/11/22 |  | Transfer Debit to TriState Capital Bank acct XXXXXX8944 | Transition Debit to TriState Capital Bank acct XXXXXX8944 | 9999-000 |  | 59,406.27 | 0.00 |
|  |  | COLUMN TOTALS |  |  | 60,000.00 | 60,000.00 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 59,406.27 |  |
|  |  | Subtotal |  |  | 60,000.00 | 593.73 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $60,000.00 | $593.73 |  |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 6:20-17559 SC | Trustee Name: | Larry D. Simons (001390) |
|---|---|---|---|
| Case Name: | JORDAN, INGRID S. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***7271 | Account #: | ******8944 Checking Account |
| For Period Ending: | 02/06/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/11/22 | | Transfer Credit from | Transition Credit from | 9999-000 | 59,406.27 | | 59,406.27 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 92.03 | 59,314.24 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 101.41 | 59,212.83 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 94.90 | 59,117.93 |
| | | **COLUMN TOTALS** | | | 59,406.27 | 288.34 | $59,117.93 |
| | | | Less: Bank Transfers/CDs | | 59,406.27 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 288.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$288.34** | |

*{ } Asset Reference(s)*    UST Form 101-7-TFR (5/1/2011)    *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:20-17559 SC | **Trustee Name:** | Larry D. Simons (001390) |
| **Case Name:** | JORDAN, INGRID S. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***7271 | **Account #:** | ******8944 Checking Account |
| **For Period Ending:** | 02/06/2023 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $60,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $60,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1127 Checking | $60,000.00 | $593.73 | $0.00 |
| ******8944 Checking Account | $0.00 | $288.34 | $59,117.93 |
| | **$60,000.00** | **$882.07** | **$59,117.93** |

UST Form 101-7-TFR (5/1/2011)

**EXHIBIT C**

# Central District of California
# Claims Register

### 6:20-bk-17559-SC Ingrid S. Jordan

**Judge:** Scott C Clarkson  **Chapter:** 7
**Office:** Riverside  **Last Date to file claims:** 05/03/2021
**Trustee:** Larry D Simons (TR)  **Last Date to file (Govt):** 05/19/2021

| | | |
|---|---|---|
| *Creditor:* (40635350)<br>Citizens Bank N.A.<br>One Citizens Bank Way JCA115<br>Johnston, RI 02919 | **Claim No: 1**<br>*Original Filed Date*: 01/29/2021<br>*Original Entered Date*: 01/29/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

Amount claimed: $671.50

*History:*

Details  1-1  01/29/2021 Claim #1 filed by Citizens Bank N.A., Amount claimed: $671.50 (AUTP)
*Description:* Money loaned. Last payment 7/21/2019.
*Remarks:* (1-1) Account Number (last 4 digits):9449  Okay to pay claim as general unsecured.

| | | |
|---|---|---|
| *Creditor:* (40641782)<br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 2**<br>*Original Filed Date*: 02/01/2021<br>*Original Entered Date*: 02/01/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David Lamb<br>*Modified:* |

Amount  claimed: $2374.80
Secured  claimed:    $0.00

*History:*

Details  2-1  02/01/2021 Claim #2 filed by LVNV Funding, LLC, Amount claimed: $2374.80 (Lamb, David)
*Description:* Acct# 2259. Credit card. Credit One Bank, N.A. Last payment 6/19/2019.
*Remarks:* Okay to pay claim as general unsecured.

| | | |
|---|---|---|
| *Creditor:* (40641782)<br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 3**<br>*Original Filed Date*: 02/01/2021<br>*Original Entered Date*: 02/01/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* William Patrick Andrews - INACTIVE -<br>*Modified:* |

Amount  claimed: $2017.26
Secured  claimed:    $0.00

*History:*

Details  3-1  02/01/2021 Claim #3 filed by LVNV Funding, LLC, Amount claimed: $2017.26 (Andrews - INACTIVE -, William)
*Description:* Acct# 4401. Credit card. Credit One Bank, N.A. Last payment 7/21/2019.
*Remarks:* Okay to pay claim as general unsecured.

| | | |
|---|---|---|
| *Creditor:* (40641782) LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | **Claim No: 4** *Original Filed Date*: 02/01/2021 *Original Entered Date*: 02/01/2021 | *Status:* *Filed by:* CR *Entered by:* David Lamb *Modified:* |

Amount claimed: $5223.19
Secured claimed:     $0.00

*History:*

Details    4-1    02/01/2021 Claim #4 filed by LVNV Funding, LLC, Amount claimed: $5223.19 (Lamb, David)

*Description:*    Acct# 6303. Retail. WebBank. Fingerhut. Last payment 9/19/2019.
*Remarks:*    Okay to pay claim as general unsecured.

| | | |
|---|---|---|
| *Creditor:* (40641806) MERRICK BANK Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | **Claim No: 5** *Original Filed Date*: 02/01/2021 *Original Entered Date*: 02/01/2021 | *Status:* *Filed by:* CR *Entered by:* Stacie Rhoades *Modified:* |

Amount claimed: $2376.44
Secured claimed:     $0.00

*History:*

Details    5-1    02/01/2021 Claim #5 filed by MERRICK BANK, Amount claimed: $2376.44 (Rhoades, Stacie)

*Description:*    Acct# 3812. Credit card. Last payment 12/19/2020.
*Remarks:*    Okay to pay claim as general unsecured.

| | | |
|---|---|---|
| *Creditor:* (40642826) Citibank, N.A. 5800 S Corporate Pl Sioux Falls, SD 57108-5027 | **Claim No: 6** *Original Filed Date*: 02/02/2021 *Original Entered Date*: 02/02/2021 | *Status:* *Filed by:* CR *Entered by:* Debra Filley *Modified:* |

Amount claimed: $4357.72

*History:*

Details    6-1    02/02/2021 Claim #6 filed by Citibank, N.A., Amount claimed: $4357.72 (Filley, Debra)

*Description:* (6-1) Money Loaned    Acct# 2955. Citi Mastercard. Last payment 8/21/2019.
*Remarks:*    Okay to pay claim as general unsecured.

| | | |
|---|---|---|
| *Creditor:* (40654294) Capital One Bank (USA), N.A. by American InfoSource as agent PO Box 71083 Charlotte, NC 28272-1083 | **Claim No: 7** *Original Filed Date*: 02/11/2021 *Original Entered Date*: 02/11/2021 | *Status:* *Filed by:* CR *Entered by:* Arpan Parmar *Modified:* |

*History:*

Details    7-1    02/11/2021 Claim #7 filed by Capital One Bank (USA), N.A., Amount claimed: $1537.19 (Parmar, Arpan)

*Description:*
*Remarks:*

Amount claimed: $1537.19

*History:*

| Details | 7-1 | 02/11/2021 Claim #7 filed by Capital One Bank (USA), N.A., Amount claimed: $1537.19 (Parmar, Arpan) |

*Description:* Acct# 7619. Credit card. Last payment 6/21/2019.
*Remarks:* Okay to pay claim as general unsecured.

| *Creditor:* (40654294) | **Claim No: 8** | *Status:* |
| Capital One Bank (USA), N.A. | *Original Filed Date*: 02/11/2021 | *Filed by:* CR |
| by American InfoSource as agent | | *Entered by:* Arpan Parmar |
| PO Box 71083 | *Original Entered Date*: 02/11/2021 | *Modified:* |
| Charlotte, NC 28272-1083 | | |

Amount claimed: $1550.26

*History:*

| Details | 8-1 | 02/11/2021 Claim #8 filed by Capital One Bank (USA), N.A., Amount claimed: $1550.26 (Parmar, Arpan) |

*Description:* Acct# 3564. Credit card. Last payment 6/19/2019.
*Remarks:* Okay to pay claim as general unsecured.

| *Creditor:* (40700246) | **Claim No: 9** | *Status:* |
| Midland Credit Management, Inc. | *Original Filed Date*: 03/17/2021 | *Filed by:* CR |
| PO Box 2037 | | *Entered by:* Rhonda Niner |
| Warren MI 48090 | *Original Entered Date*: 03/17/2021 | *Modified:* |

Amount claimed: $2501.83

*History:*

| Details | 9-1 | 03/17/2021 Claim #9 filed by Midland Credit Management, Inc., Amount claimed: $2501.83 (Niner, Rhonda) |

*Description:* (9-1) 1180   Acct# 1180. Revolving Credit / Services Rendered. Capital One, N.A., Walmart Rewards. Last payment 6/24/2019.
*Remarks:* Okay to pay claim as general unsecured.

| *Creditor:* (40751387) | **Claim No: 10** | *Status:* |
| Portfolio Recovery Associates, LLC | *Original Filed Date*: 04/21/2021 | *Filed by:* CR |
| c/o Maurices | | *Entered by:* Ciara M Lawton |
| POB 41067 | *Original Entered Date*: 04/21/2021 | *Modified:* |
| Norfolk VA 23541 | | |

Amount claimed: $916.61

*History:*

| Details | 10-1 | 04/21/2021 Claim #10 filed by Portfolio Recovery Associates, LLC, Amount claimed: $916.61 (Lawton, Ciara) |

*Description:* Acct# 7640. Credit card. Merchant: Maurices. Last payment 6/19/2019.
*Remarks:* Okay to pay claim as general unsecured.

| *Creditor:* (40837122) | **Claim No: 11** | *Status:* Transferred 33 |
| Resurgent Receivables LLC | *Original Filed* | *Filed by:* CR |

|  |  |  |  |
|---|---|---|---|
| c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587    Claimant<br>History | *Date*: 04/26/2021<br>*Original Entered*<br>*Date*: 04/26/2021 | *Entered by:* Valerie Smith<br>*Modified:* | |

Amount claimed: $6636.75

*History:*

| Details | 11-1 | 04/26/2021 | Claim #11 filed by Synchrony Bank, Amount claimed: $6636.75 (Smith, Valerie) |
|---|---|---|---|
|  | 33 | 06/21/2021 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Synchrony Bank (Claim No. 11) To Resurgent Receivables LLC Fee Amount $26 To Resurgent Receivables LLC Filed by Creditor Resurgent Receivables LLC. (Gaines, Susan) Status: Transferred |

*Description:* Acct# 9275 / 0556. Money loaned, revolving credit. Synchrony Bank. Last payment 8/22/2019.

*Remarks:* (11-1) CareCredit or GEMB or GECRB    Okay to pay claim as general unsecured.

| *Creditor:*     (40837122)<br>Resurgent Receivables LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587    Claimant<br>History | **Claim No: 12**<br>*Original Filed*<br>*Date*: 04/26/2021<br>*Original Entered*<br>*Date*: 04/26/2021 | *Status:* Transferred 38<br>*Filed by:* CR<br>*Entered by:* Valerie Smith<br>*Modified:* |
|---|---|---|

Amount claimed: $6629.97

*History:*

| Details | 12-1 | 04/26/2021 | Claim #12 filed by Synchrony Bank, Amount claimed: $6629.97 (Smith, Valerie) |
|---|---|---|---|
|  | 38 | 06/21/2021 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Synchrony Bank (Claim No. 12) To Resurgent Receivables LLC Fee Amount $26 To Resurgent Receivables LLC Filed by Creditor Resurgent Receivables LLC. (Gaines, Susan) Status: Transferred |

*Description:* Acct# 1380/0198. Money Loaned, Revolving Credit. Synchrony Bank.

*Remarks:* (12-1) Lowes ConsumerCreditCard or GEMB or GECRB    Last payment 6/23/2019.

Okay to pay claim as general unsecured.

| *Creditor:*     (40837122)<br>Resurgent Receivables LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587    Claimant<br>History | **Claim No: 13**<br>*Original Filed*<br>*Date*: 04/26/2021<br>*Original Entered*<br>*Date*: 04/26/2021 | *Status:* Transferred 36<br>*Filed by:* CR<br>*Entered by:* Valerie Smith<br>*Modified:* |
|---|---|---|

Amount claimed: $3482.34

*History:*

| Details | 13-1 | 04/26/2021 | Claim #13 filed by Synchrony Bank, Amount claimed: $3482.34 (Smith, Valerie) |
|---|---|---|---|
|  | 36 | 06/21/2021 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Synchrony Bank (Claim No. 13) To Resurgent Receivables LLC Fee Amount $26 To Resurgent Receivables LLC Filed by Creditor Resurgent Receivables LLC. (Gaines, Susan) Status: Transferred |

*Description:* Acct # 2493/9548. Money loaned, revolving credit. Synchrony Bank.

*Remarks:* (13-1) Amazon.com Store Card or GEMB or GECRB    Last payment 7/22/2019.

Okay to pay claim as general unsecured.

| *Creditor:*     (40837122)<br>Resurgent Receivables LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587    Claimant<br>History | **Claim No: 14**<br>*Original Filed*<br>*Date*: 04/26/2021<br>*Original Entered*<br>*Date*: 04/26/2021 | *Status:* Transferred 34<br>*Filed by:* CR<br>*Entered by:* Valerie Smith<br>*Modified:* |
|---|---|---|

Amount claimed: $3413.49

History:

Details ⬤ 14-1  04/26/2021 Claim #14 filed by Synchrony Bank, Amount claimed: $3413.49 (Smith, Valerie)

　　　　　34  06/21/2021 Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Synchrony Bank (Claim No. 14) To Resurgent Receivables LLC Fee Amount $26 To Resurgent Receivables LLC Filed by Creditor Resurgent Receivables LLC. (Gaines, Susan) Status: Transferred

Description:　Acct# 7584 / 0952. Money loaned, revolving credit. Synchrony Bank.

Remarks: (14-1) zulily Credit Card or GEMB or GECRB　　Last payment 8/21/2019.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Okay to pay claim as general unsecured.

| Creditor: (40837122)<br>Resurgent Receivables LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587　Claimant<br>History | Claim No: 15<br>Original Filed<br>Date: 04/26/2021<br>Original Entered<br>Date: 04/26/2021 | Status: Transferred 32<br>Filed by: CR<br>Entered by: Valerie Smith<br>Modified: |
|---|---|---|

Amount claimed: $1206.37

History:

Details ⬤ 15-1  04/26/2021 Claim #15 filed by Synchrony Bank, Amount claimed: $1206.37 (Smith, Valerie)

　　　　　32  06/21/2021 Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Synchrony Bank (Claim No. 15) To Resurgent Receivables LLC Fee Amount $26 To Resurgent Receivables LLCc/o Resurgent Capital ServicesPO Box 10587Greenville, SC 29603-0587 Filed by Creditor Resurgent Receivables LLC. (Gaines, Susan) Status: Transferred

Description:　Acct# 7003 / 9957. Money loaned, revolving credit. Synchrony Bank.

Remarks: (15-1) Synchrony Car Care or GEMB or GECRB　Last payment 8/25/2019.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Okay to pay claim as general unsecured.

| Creditor: (40837122)<br>Resurgent Receivables LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587　Claimant<br>History | Claim No: 16<br>Original Filed<br>Date: 04/26/2021<br>Original Entered<br>Date: 04/26/2021 | Status: Transferred 35<br>Filed by: CR<br>Entered by: Valerie Smith<br>Modified: |
|---|---|---|

Amount claimed: $6681.72

History:

Details ⬤ 16-1  04/26/2021 Claim #16 filed by Synchrony Bank, Amount claimed: $6681.72 (Smith, Valerie)

　　　　　35  06/21/2021 Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Synchrony Bank (Claim No. 16) To Resurgent Receivables LLC Fee Amount $26 To Resurgent Receivables LLC Filed by Creditor Resurgent Receivables LLC. (Gaines, Susan) Status: Transferred

Description:　Acct# 3691 / 9478. Money loaned, revolving credit. Synchrony Bank.

Remarks: (16-1) PayPal Credit or GEMB or GECRB　Last payment 7/23/2019.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Okay to pay claim as general unsecured.

| Creditor: (40756836)<br>Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Claim No: 17<br>Original Filed<br>Date: 04/26/2021<br>Original Entered<br>Date: 04/26/2021 | Status:<br>Filed by: CR<br>Entered by: Valerie Smith<br>Modified: |
|---|---|---|

Amount claimed: $3671.21

History:

Details ⬤ 17-1  04/26/2021 Claim #17 filed by Synchrony Bank, Amount claimed: $3671.21 (Smith, Valerie)

Description:　Acct# 8477. Money loaned, revolving credit. Last payment 8/29/2019.

Remarks: (17-1) HSN Card or GEMB or GECRB　　Okay to pay claim as general unsecured

| | | | |
|---|---|---|---|
| *Creditor:* (40837122)<br>Resurgent Receivables LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587   Claimant<br>History | **Claim No: 18**<br>*Original Filed Date*: 04/26/2021<br>*Original Entered Date*: 04/26/2021 | *Status:* Transferred 37<br>*Filed by:* CR<br>*Entered by:* Valerie Smith<br>*Modified:* | |

Amount claimed: $2036.09

*History:*

| Details | 18-1 | 04/26/2021 Claim #18 filed by Synchrony Bank, Amount claimed: $2036.09 (Smith, Valerie) |
|---|---|---|
| | 37 | 06/21/2021 Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Synchrony Bank (Claim No. 18) To Resurgent Receivables LLC Fee Amount $26 To Resurgent Receivables LLC Filed by Creditor Resurgent Receivables LLC. (Gaines, Susan) Status: Transferred |

*Description:* Acct# 5251/0003. Money loaned, revolving credit. Synchrony Bank.

*Remarks:* (18-1) Chevron and Texaco Credit or GEMB or GECRB    Last payment 6/23/2019.
Okay to pay claim as general unsecured.

| | | | |
|---|---|---|---|
| *Creditor:* (40758242)<br>Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 19**<br>*Original Filed Date*: 04/27/2021<br>*Original Entered Date*: 04/27/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michelle Viscione<br>*Modified:* | |

Amount claimed: $847.33

*History:*

| Details | 19-1 | 04/27/2021 Claim #19 filed by Quantum3 Group LLC as agent for, Amount claimed: $847.33 (Viscione, Michelle) |
|---|---|---|

*Description:* (19-1) Money Loaned    Acct# 5587. Merchant: Forever 21. Last payment 9/20/2019.
*Remarks:*    Okay to pay claim as general unsecured.

| | | | |
|---|---|---|---|
| *Creditor:* (40758243)<br>Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 20**<br>*Original Filed Date*: 04/27/2021<br>*Original Entered Date*: 04/27/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michelle Viscione<br>*Modified:* | |

Amount claimed: $864.49

*History:*

| Details | 20-1 | 04/27/2021 Claim #20 filed by Quantum3 Group LLC as agent for, Amount claimed: $864.49 (Viscione, Michelle) |
|---|---|---|

*Description:* (20-1) Money Loaned    Acct# 1041. Merchant:Torrid. Last payment 8/29/2019.
*Remarks:*    Okay to pay claim as general unsecured.

## Claims Register Summary

**Case Name:** Ingrid S. Jordan
**Case Number:** 6:20-bk-17559-SC
**Chapter:** 7
**Date Filed:** 11/20/2020

**Total Number Of Claims:** 20

| Total Amount Claimed* | $58996.56 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/06/2023 14:13:56 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:20-bk-17559-SC Filed or Entered From: 1/1/1900 Filed or Entered To: 2/6/2023 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 6:20-17559 SC
Case Name: INGRID S. JORDAN
Trustee Name: Larry D. Simons

**Balance on hand:** $ 59,117.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 59,117.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Larry D. Simons | 6,250.00 | 0.00 | 6,250.00 |
| Trustee, Expenses - Larry D. Simons | 176.51 | 0.00 | 176.51 |
| Attorney for Trustee Fees - Law Offices of Larry D. Simons | 28,760.00 | 0.00 | 28,760.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee, Expenses - Law Offices of Larry D. Simons | 241.95 | 0.00 | 241.95 |
| Accountant for Trustee Fees (Other Firm) - LEA Accountancy, LLP | 2,911.50 | 0.00 | 2,911.50 |
| Accountant for Trustee Expenses (Other Firm) - LEA Accountancy, LLP | 215.42 | 0.00 | 215.42 |

Total to be paid for chapter 7 administrative expenses:  $ 38,905.38
Remaining balance:  $ 20,212.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 20,212.55

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 20,212.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,996.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citizens Bank N.A. | 671.50 | 0.00 | 230.06 |
| 2 | LVNV Funding, LLC | 2,374.80 | 0.00 | 813.62 |
| 3 | LVNV Funding, LLC | 2,017.26 | 0.00 | 691.12 |
| 4 | LVNV Funding, LLC | 5,223.19 | 0.00 | 1,789.49 |
| 5 | MERRICK BANK | 2,376.44 | 0.00 | 814.18 |
| 6 | Citibank, N.A. | 4,357.72 | 0.00 | 1,492.98 |
| 7 | Capital One Bank (USA), N.A. | 1,537.19 | 0.00 | 526.65 |
| 8 | Capital One Bank (USA), N.A. | 1,550.26 | 0.00 | 531.13 |
| 9 | Midland Credit Management, Inc. | 2,501.83 | 0.00 | 857.14 |
| 10 | Portfolio Recovery Associates, LLC | 916.61 | 0.00 | 314.04 |
| 11 | Resurgent Receivables LLC | 6,636.75 | 0.00 | 2,273.79 |
| 12 | Resurgent Receivables LLC | 6,629.97 | 0.00 | 2,271.46 |
| 13 | Resurgent Receivables LLC | 3,482.34 | 0.00 | 1,193.07 |
| 14 | Resurgent Receivables LLC | 3,413.49 | 0.00 | 1,169.48 |
| 15 | Resurgent Receivables LLC | 1,206.37 | 0.00 | 413.31 |
| 16 | Resurgent Receivables LLC | 6,681.72 | 0.00 | 2,289.19 |
| 17 | Synchrony Bank | 3,671.21 | 0.00 | 1,257.78 |
| 18 | Resurgent Receivables LLC | 2,036.09 | 0.00 | 697.58 |
| 19 | Quantum3 Group LLC | 847.33 | 0.00 | 290.30 |
| 20 | Quantum3 Group LLC | 864.49 | 0.00 | 296.18 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 20,212.55 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**