Larry D. Simons
*larry@lsimonslaw.com*
**CHAPTER 7 TRUSTEE**
3610 Central Avenue, Suite 400
Riverside, CA 92506
Telephone: (951) 686-6300
Facsimile: (951) 742-4733

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>INGRID S. JORDAN, an individual,<br><br>Debtor. | Case No. 6:20-bk-17559 SC<br><br>Chapter 7<br><br>**TRUSTEE'S DECLARATION RE FINAL REPORT AND APPLICATION FOR COMPENSATION**<br><br>Video Hearing Room 126 |

**PLEASE TAKE NOTICE** that Larry D. Simons, the duly qualified, appointed and acting chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of the above-captioned debtor (the "Debtor"), declares as follows:

1. I am the duly appointed and acting Chapter 7 Trustee in the above referenced bankruptcy case. All of the facts stated herein are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. The case was commenced by the filing of Chapter 7 of the U.S. Bankruptcy Code on November 20, 2020.

3. I examined the Debtor at her 341(a) hearing on December 22, 2020 and requested a copy of Debtor's Trust.

Larry D. Simons, Chapter 7 Trustee
3610 Central Avenue, Suite 400
Riverside, CA 92506

4. Upon receiving a copy of Debtor's trust, I reviewed title records for the real property listed in Debtor's schedules as she listed that she was a joint tenant in the property.

5. Based upon my review of title records, I learned that Debtor had transferred her interest in the real property approximately 2 years prior to the Petition Date.

6. I employed counsel to file a complaint to avoid the transfer and recover the real property. After the Court entered an order approving my counsel's employment, I instructed counsel to file a complaint against the transferee.

7. After the complaint was filed, I participated in mediation before the Hon. Meredith Jury and during the course of the mediation, the matter settled for $60,000.

8. Settlement funds have been received.

9. Estate tax returns were filed with the taxing authorities.

10. I reviewed the filed claims and propose to pay 34.3% to unsecured claims.

11. The Trustee's Final Report was submitted to the Office of the U.S. Trustee on February 6, 2023.

8. Attached hereto is the summary of Trustee's Receipts and Disbursements.

9. Attached hereto is Trustee's Compensation which shows the Computation of Trustee's compensation and expenses.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: February 6, 2023

                                         */s/ Larry D. Simons*
                                      Larry D. Simons, Chapter 7 Trustee

# Receipts And Disbursements

**Case:** **INGRID S. JORDAN (20-17559)**

**Trustee:** **Larry D. Simons (001390)**

**Submitted:** **02/06/2023**

**Period:** **01/01/2020 - 02/06/2023**

## Receipts

**1000 RECEIPTS** — **60,000.00**

| | | | |
|---|---|---|---|
| 1241-000 | Preference/Fraudulent Transfer Litigation (Unscheduled) | 60,000.00 | |

| **Total Receipts:** | **60,000.00** |
|---|---|

## Disbursements

**2000 CH. 7 ADMINISTRATIVE FEES AND EXPENSES** — **882.07**

| | | | |
|---|---|---|---|
| 2600-000 | Bank Service Fees | 882.07 | |

| **Total Disbursements:** | **882.07** |
|---|---|

## Other

**9999 ACCOUNT TRANSFERS** — **0.00**

| | | | |
|---|---|---|---|
| 9999-000 | Account Transfers | 0.00 | |

| **Total Other:** | **0.00** |
|---|---|

| **Total Receipts:** | **$60,000.00** |
|---|---|
| **Total Disbursements:** | **$882.07** |
| **Net Balance:** | **$59,117.93** |

Printed:    02/06/2023 3.01 PM

# Trustee's Compensation

**Debtor:** JORDAN, INGRID S.  **Case:** 6:20-bk-17559 SC

### Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 60,000.00 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 10,000.00 | = | 500.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| **Calculated Total Compensation:** | | | **$6,250.00** |
| Plus Adjustment: | | | 0.00 |
| **Total Compensation:** | | | **$6,250.00** |
| Less Previously Paid: | | | 0.00 |
| **Total Compensation Requested:** | | | **$6,250.00** |

### Trustee Expenses

| | | |
|---|---|---|
| COPIES | 107.0 COPY at $0.20 | $21.40 |
| POSTAGE | | $10.25 |
| CERTIFIED COPY OF PETITION | | $11.00 |
| RECORDING FEE - CERTIFIED PETITION | | $110.00 |
| DISTRIBUTION | | $24.55 |
| **Subtotal Expenses:** | | **$177.20** |
| Plus Adjustment: | | 0.00 |
| **Total Expenses:** | | **$177.20** |
| Less Previously Paid: | | 0.00 |
| **Total Expenses Requested:** | | **$177.20** |

   The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

   WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $6250.00 as compensation and $177.20 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Printed:    02/06/2023 3.01 PM              **Trustee's Compensation**

**Debtor:** JORDAN, INGRID S.                                    **Case:** 6:20-bk-17559 SC

Dated:    02/06/2023                          Signed: /s/ Larry D. Simons _____

Larry D. Simons, TRUSTEE
Chapter 7 Trustee, 3610 Central Avenue, Suite 400
Riverside, CA 92506