**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

| | | |
|---|---|---|
| In re: JORDAN, INGRID S. | § | Case No. 6:20-17559 SC |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Larry D. Simons, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

3420 Twelfth Street
Riverside, CA 92501

A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on May 16, 2023 before the Honorable Scott C. Clarkson, in Video Hearing Room 126, United States Bankruptcy Courthouse located at 3420 Twelfth Street, Riverside, CA 92501.

PLEASE CHECK THE BANKRUPTCY COURT'S WEBSITE PRIOR TO THE HEARING TO DETERMINE IF APEARANCES WILL BE REQUIRED.

Please refer to the Judge's instructions on the Bankruptcy Court website for video, telephonic and in-person appearance procedures, https://www.cacb.uscourts.gov/judges/judge-directory.

Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must be served and filed at least 14 days prior to the hearing in the form required by LBR 9013-1(f). Untimely objections may be deemed waived. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/11/2023                    By: /s/ Larry D. Simons
_____

Chapter 7 Trustee

Larry D. Simons
Chapter 7 Trustee
3610 Central Avenue, Suite 400
Riverside, CA 92506
(951) 686-6300

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

In re:JORDAN, INGRID S.                §      Case No. 6:20-17559 SC
                                        §
                                        §
                                        §
                    Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of :* | $      60,000.00 |
| *and approved disbursements of:* | $      882.07 |
| *leaving a balance on hand of[1]:* | $      59,117.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $    0.00
Remaining balance: $    59,117.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Larry D. Simons | 6,250.00 | 0.00 | 6,250.00 |
| Trustee, Expenses - Larry D. Simons | 176.51 | 0.00 | 176.51 |
| Attorney for Trustee Fees - Law Offices of Larry D. Simons | 28,760.00 | 0.00 | 28,760.00 |
| Attorney for Trustee, Expenses - Law Offices of Larry D. Simons | 241.95 | 0.00 | 241.95 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Accountant for Trustee Fees (Other Firm) - LEA Accountancy, LLP | 2,911.50 | 0.00 | 2,911.50 |
| Accountant for Trustee Expenses (Other Firm) - LEA Accountancy, LLP | 215.42 | 0.00 | 215.42 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administrative expenses: $ 38,905.38
Remaining balance: $ 20,212.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,212.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 20,212.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,996.56 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citizens Bank N.A. | 671.50 | 0.00 | 230.06 |
| 2 | LVNV Funding, LLC | 2,374.80 | 0.00 | 813.62 |
| 3 | LVNV Funding, LLC | 2,017.26 | 0.00 | 691.12 |
| 4 | LVNV Funding, LLC | 5,223.19 | 0.00 | 1,789.49 |
| 5 | MERRICK BANK | 2,376.44 | 0.00 | 814.18 |
| 6 | Citibank, N.A. | 4,357.72 | 0.00 | 1,492.98 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Capital One Bank (USA), N.A. | 1,537.19 | 0.00 | 526.65 |
| 8 | Capital One Bank (USA), N.A. | 1,550.26 | 0.00 | 531.13 |
| 9 | Midland Credit Management, Inc. | 2,501.83 | 0.00 | 857.14 |
| 10 | Portfolio Recovery Associates, LLC | 916.61 | 0.00 | 314.04 |
| 11 | Resurgent Receivables LLC | 6,636.75 | 0.00 | 2,273.79 |
| 12 | Resurgent Receivables LLC | 6,629.97 | 0.00 | 2,271.46 |
| 13 | Resurgent Receivables LLC | 3,482.34 | 0.00 | 1,193.07 |
| 14 | Resurgent Receivables LLC | 3,413.49 | 0.00 | 1,169.48 |
| 15 | Resurgent Receivables LLC | 1,206.37 | 0.00 | 413.31 |
| 16 | Resurgent Receivables LLC | 6,681.72 | 0.00 | 2,289.19 |
| 17 | Synchrony Bank | 3,671.21 | 0.00 | 1,257.78 |
| 18 | Resurgent Receivables LLC | 2,036.09 | 0.00 | 697.58 |
| 19 | Quantum3 Group LLC | 847.33 | 0.00 | 290.30 |
| 20 | Quantum3 Group LLC | 864.49 | 0.00 | 296.18 |

Total to be paid for timely general unsecured claims: $ 20,212.55

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| None      |          |                        |                          |                  |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Larry D. Simons: /s/ Larry D. Simons
Chapter 7 Trustee

Larry D. Simons
Chapter 7 Trustee
3610 Central Avenue, Suite 400
Riverside, CA 92506
(951) 686-6300

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**