United States Bankruptcy Court
Central District of California

In re:  Case No. 20-17559-SC
Ingrid S. Jordan  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 3
Date Rcvd: Apr 12, 2023      Form ID: pdf001      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ingrid S. Jordan, 503 W. Grevillea St., Ontario, CA 91762-6431 |
| acc | + | LEA Accountancy, LLP, 1130 S. Flower Street, Suite 312, Los Angeles, CA 90015-2143 |
| 40560971 | ++ | ALLIED INTERNATIONAL CREDIT CORP US, 6800 PARAGON PLACE, SUITE 400, RICHMOND VA 23230-1654 address filed with court:, Allied International Credit Corp., 6800 Paragon Pl., Ste. 400, Richmond, VA 23230 |
| 40560974 | | Bsi Financial Services, 101 N 2nd St, Titusville, PA 16354 |
| 40560982 | + | LTD Financial Services LP, 3200 Wilcrest Suite 600, Houston, TX 77042-6000 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Apr 13 2023 00:02:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 13 2023 00:02:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 40560972 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 13 2023 00:02:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 40635350 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 13 2023 00:02:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 40560980 | | Email/Text: constar.administration@constarfinancial.com | Apr 13 2023 00:02:00 | Constar Financial Services LLC, 10400 N 25th Ave, Ste 100, Phoenix, AZ 85021 |
| 40654294 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2023 00:08:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 40560975 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2023 00:08:21 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 40642826 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 00:20:48 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 40560977 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 00:08:27 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 40560978 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2023 00:02:00 | Comenity Bank/torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 40560979 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2023 00:02:00 | Comenitycb/forever21, Po Box 182120, Columbus, OH 43218-2120 |
| 40560976 | | Email/Text: BNSFS@capitalsvcs.com | Apr 13 2023 00:02:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 40560981 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |

Case 6:20-bk-17559-SC   Doc 80   Filed 04/14/23   Entered 04/17/23 08:08:13   Desc
Imaged Certificate of Notice   Page 2 of 8

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: pdf001 | Total Noticed: 42 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 13 2023 00:02:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 40641782 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2023 00:07:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40560983 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2023 00:07:50 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 40641806 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2023 00:08:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 40560986 | ^ | MEBN | Apr 13 2023 00:01:46 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 40560984 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2023 00:08:02 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 40560985 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2023 00:02:00 | Midland Credit Management Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 40700246 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2023 00:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 40560973 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 13 2023 00:02:00 | Bbva Usa, 2009 Beltline Road, Decatur, AL 35603 |
| 40751387 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2023 00:07:47 | Portfolio Recovery Associates, LLC, c/o Maurices, POB 41067, Norfolk VA 23541 |
| 40560987 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2023 00:07:50 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 40758243 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2023 00:02:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 40758242 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2023 00:02:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 40560988 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2023 00:08:20 | Resurgent Capital Services, PO BOX 1410, Troy, MI 48099-1410 |
| 40837122 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2023 00:07:49 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40560989 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 00:08:18 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 40560990 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 00:08:18 | Syncb/car Care Syn Car, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 40560991 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 00:08:17 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 40560992 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 00:07:47 | Syncb/chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 40560993 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 00:08:18 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 40560994 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 00:08:02 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 40560995 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 00:08:17 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 40560996 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 00:08:19 | Syncb/zulily, C/o Po Box 965017, Orlando, FL 32896-0001 |
| 40756836 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 00:08:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 40560997 | + | Email/Text: accountservicing@trueaccord.com | Apr 13 2023 00:02:00 | True Accord, 16011 College Blvd., Ste. 130, |

Lenexa, KS 66219-9877

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | RMLT 2019-1. its successors and/or assignees |
| cr | * | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

**Name**          **Email Address**

Benjamin Heston
   on behalf of Defendant Jeremy Bailey bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
   on behalf of Defendant Shannon M. Bailey bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Frank X Ruggier
   on behalf of Trustee Larry D Simons (TR) frank@ruggierlaw.com enotice@pricelawgroup.com

Frank X Ruggier
   on behalf of Plaintiff Larry D. Simons Chapter 7 Trustee frank@ruggierlaw.com, enotice@pricelawgroup.com

Keith Q Nguyen
   on behalf of Debtor Ingrid S. Jordan keith.attorney@gmail.com atlantislaw.ecf@gmail.com

Larry D Simons (TR)
   larry@lsimonslaw.com c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com

Reilly D Wilkinson
   on behalf of Creditor RMLT 2019-1. its successors and/or assignees rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com

United States Trustee (RS)
   ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
   on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
Riverside DIVISION

| | | |
|---|---|---|
| In re: JORDAN, INGRID S. | § § § § | Case No. 6:20-17559 SC |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Larry D. Simons, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

3420 Twelfth Street
Riverside, CA 92501

　　　A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on May 16, 2023 before the Honorable Scott C. Clarkson, in Video Hearing Room 126, United States Bankruptcy Courthouse located at 3420 Twelfth Street, Riverside, CA 92501.

　　　PLEASE CHECK THE BANKRUPTCY COURT'S WEBSITE PRIOR TO THE HEARING TO DETERMINE IF APEARANCES WILL BE REQUIRED.

　　　Please refer to the Judge's instructions on the Bankruptcy Court website for video, telephonic and in-person appearance procedures, https://www.cacb.uscourts.gov/judges/judge-directory.

　　　Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must be served and filed at least 14 days prior to the hearing in the form required by LBR 9013-1(f). Untimely objections may be deemed waived. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/11/2023　　　　　　　　　　　　By: /s/ Larry D. Simons
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

Larry D. Simons
Chapter 7 Trustee
3610 Central Avenue, Suite 400
Riverside, CA 92506
(951) 686-6300

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

In re: JORDAN, INGRID S.   §   Case No. 6:20-17559 SC
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　　　Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

|  |  |
|---|---:|
| *The Final Report shows receipts of :* | $ 60,000.00 |
| *and approved disbursements of:* | $ 882.07 |
| *leaving a balance on hand of[1]:* | $ 59,117.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

Total to be paid to secured creditors:　　$　　　　0.00
Remaining balance:　　$　　59,117.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Larry D. Simons | 6,250.00 | 0.00 | 6,250.00 |
| Trustee, Expenses - Larry D. Simons | 176.51 | 0.00 | 176.51 |
| Attorney for Trustee Fees - Law Offices of Larry D. Simons | 28,760.00 | 0.00 | 28,760.00 |
| Attorney for Trustee, Expenses - Law Offices of Larry D. Simons | 241.95 | 0.00 | 241.95 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Accountant for Trustee Fees (Other Firm) - LEA Accountancy, LLP | 2,911.50 | 0.00 | 2,911.50 |
| Accountant for Trustee Expenses (Other Firm) - LEA Accountancy, LLP | 215.42 | 0.00 | 215.42 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 38,905.38 |
| Remaining balance: | $ 20,212.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 20,212.55 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 20,212.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,996.56 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Citizens Bank N.A. | 671.50 | 0.00 | 230.06 |
| 2 | LVNV Funding, LLC | 2,374.80 | 0.00 | 813.62 |
| 3 | LVNV Funding, LLC | 2,017.26 | 0.00 | 691.12 |
| 4 | LVNV Funding, LLC | 5,223.19 | 0.00 | 1,789.49 |
| 5 | MERRICK BANK | 2,376.44 | 0.00 | 814.18 |
| 6 | Citibank, N.A. | 4,357.72 | 0.00 | 1,492.98 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | Capital One Bank (USA), N.A. | 1,537.19 | 0.00 | 526.65 |
| 8 | Capital One Bank (USA), N.A. | 1,550.26 | 0.00 | 531.13 |
| 9 | Midland Credit Management, Inc. | 2,501.83 | 0.00 | 857.14 |
| 10 | Portfolio Recovery Associates, LLC | 916.61 | 0.00 | 314.04 |
| 11 | Resurgent Receivables LLC | 6,636.75 | 0.00 | 2,273.79 |
| 12 | Resurgent Receivables LLC | 6,629.97 | 0.00 | 2,271.46 |
| 13 | Resurgent Receivables LLC | 3,482.34 | 0.00 | 1,193.07 |
| 14 | Resurgent Receivables LLC | 3,413.49 | 0.00 | 1,169.48 |
| 15 | Resurgent Receivables LLC | 1,206.37 | 0.00 | 413.31 |
| 16 | Resurgent Receivables LLC | 6,681.72 | 0.00 | 2,289.19 |
| 17 | Synchrony Bank | 3,671.21 | 0.00 | 1,257.78 |
| 18 | Resurgent Receivables LLC | 2,036.09 | 0.00 | 697.58 |
| 19 | Quantum3 Group LLC | 847.33 | 0.00 | 290.30 |
| 20 | Quantum3 Group LLC | 864.49 | 0.00 | 296.18 |

Total to be paid for timely general unsecured claims:     $     20,212.55
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for tardily filed general unsecured claims:     $     0.00
Remaining balance:     $     0.00

**UST Form 101-7-NFR (10/1/2010)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Larry D. Simons: /s/ Larry D. Simons
                      Chapter 7 Trustee

Larry D. Simons
Chapter 7 Trustee
3610 Central Avenue, Suite 400
Riverside, CA 92506
(951) 686-6300


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**