United States Bankruptcy Court
Central District of California

In re:  Case No. 20-17559-SC
Ingrid S. Jordan  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: May 16, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ingrid S. Jordan, 503 W. Grevillea St., Ontario, CA 91762-6431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Defendant Shannon M. Bailey bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Defendant Jeremy Bailey bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Frank X Ruggier | on behalf of Trustee Larry D Simons (TR) frank@ruggierlaw.com enotice@pricelawgroup.com |
| Frank X Ruggier | on behalf of Plaintiff Larry D. Simons Chapter 7 Trustee frank@ruggierlaw.com, enotice@pricelawgroup.com |
| Keith Q Nguyen | on behalf of Debtor Ingrid S. Jordan keith.attorney@gmail.com atlantislaw.ecf@gmail.com |
| Larry D Simons (TR) | larry@lsimonslaw.com c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: May 16, 2023 | Form ID: pdf042 | Total Noticed: 1

Reilly D Wilkinson
    on behalf of Creditor RMLT 2019-1. its successors and/or assignees rwilkinson@scheerlawgroup.com
    rwilkinson@ecf.courtdrive.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 9

| Chapter 7 Trustee Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Larry D. Simons<br><br>**CHAPTER 7 TRUSTEE**<br>3610 Central Avenue, Suite 400<br>Riverside, CA 92506<br>(951) 686-6300 Phone<br>(951) 742-4733 Fax<br><br>☐ Attorney for chapter 7 trustee<br>☒ Chapter 7 trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 16 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** craig **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ||
| In re:<br><br>INGRID S. JORDAN<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:20-bk-17559 SC<br>CHAPTER: 7 |
| | **ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]** |
| | DATE: 05/16/2023<br>TIME: 10:00 a.m.<br>COURTROOM: 126<br>ADDRESS: 3420 Twelfth Street, Riverside, CA 92501 |

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees: U.S. Bankruptcy Court and U.S. Trustee**

    U.S. Bankruptcy Court fees *(specify)*

    | Adversary Proceeding-Filing fee | $350.00 |
    |---|---:|
    |  | $0.00 |
    |  | $0.00 |

    | Subtotal of court fees: | $350.00 |
    |---|---:|
    | U.S. Trustee fees | $0.00 |
    | Total allowed court and U.S. Trustee fees | $350.00 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**

   a. Chapter 7 Professional Fees and Expenses:

   | | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession:** Law Offices of Larry D. Simons, ATTORNEY FOR TRUSTEE (CH.7) (Firm) | | | | |
   | Fees | $ 28,760.00 | $ 28,760.00 | $ 0.00 | $ 28,760.00 |
   | Expenses | $ 241.95 | $ 241.95 | $ 0.00 | $ 241.95 |
   | (2) **Name of Professional/Profession:** LEA Accountancy, LLP, ACCOUNTANT FOR TRUSTEE (CH.7) (Non-Firm) | | | | |
   | Fees | $ 2,911.50 | $ 2,911.50 | $ 0.00 | $ 2,911.50 |
   | Expenses | $ 215.42 | $ 215.42 | $ 0.00 | $ 215.42 |

   ☐ Additional professional fees and expenses attached.

   b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):   **N/A**

3. **Trustee Fees and Expenses:**

   a. Chapter 7 Trustee Fees and Expenses:

   | | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **Trustee:** Larry D. Simons | | | | |
   | Fees | $ 6,250.00 | $ 6,250.00 | $ 0.00 | $ 6,250.00 |
   | Expenses | $ 177.20 | $ 177.20 | $ 0.00 | $ 176.51 |

   ☐ Additional trustee fees and expenses attached.

   b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7): **N/A**

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐ Other:

Date: May 16, 2023

Scott C. Clarkson
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                      Page 2                                      **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**