**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

In re: JORDAN, INGRID S.           §    Case No. 6:20-17559 SC
                                    §
                                    §
                                    §
          Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Larry D. Simons, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $510,433.00 | Assets Exempt: | $180,433.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $20,212.55 | Claims Discharged Without Payment: | $64,027.01 |
| Total Expenses of Administration: | $39,787.45 | | |

    3) Total gross receipts of $60,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $60,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $283,189.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $39,787.45 | $39,787.45 | $39,787.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $82,466.00 | $58,996.56 | $58,996.56 | $20,212.55 |
| **TOTAL DISBURSEMENTS** | $365,655.00 | $98,784.01 | $98,784.01 | $60,000.00 |

4) This case was originally filed under chapter 7 on 11/20/2020.  The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    07/31/2023                By: /s/ Larry D. Simons
                                          Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer Complaint | 1241-000 | $60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$60,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Bsi Financial Services | 4110-000 | $283,189.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$283,189.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Larry D. Simons | 2100-000 | NA | $6,250.00 | $6,250.00 | $6,250.00 |
| Trustee, Expenses - Larry D. Simons | 2200-000 | NA | $176.51 | $176.51 | $176.51 |
| Attorney for Trustee Fees - Law Offices of Larry D. Simons | 3110-000 | NA | $28,760.00 | $28,760.00 | $28,760.00 |
| Attorney for Trustee, Expenses - Law Offices of Larry D. Simons | 3120-000 | NA | $241.95 | $241.95 | $241.95 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $593.73 | $593.73 | $593.73 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $288.34 | $288.34 | $288.34 |
| Accountant for Trustee Fees (Other Firm) - LEA Accountancy, LLP | 3410-000 | NA | $2,911.50 | $2,911.50 | $2,911.50 |
| Accountant for Trustee Expenses (Other Firm) - LEA Accountancy, LLP | 3420-000 | NA | $215.42 | $215.42 | $215.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$39,787.45** | **$39,787.45** | **$39,787.45** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citizens Bank N.A. | 7100-000 | NA | $671.50 | $671.50 | $230.06 |
| 2 | LVNV Funding, LLC | 7100-000 | $2,086.00 | $2,374.80 | $2,374.80 | $813.62 |
| 3 | LVNV Funding, LLC | 7100-000 | $1,836.00 | $2,017.26 | $2,017.26 | $691.12 |
| 4 | LVNV Funding, LLC | 7100-000 | $4,478.00 | $5,223.19 | $5,223.19 | $1,789.49 |
| 5 | MERRICK BANK | 7100-000 | $2,495.00 | $2,376.44 | $2,376.44 | $814.18 |
| 6 | Citibank, N.A. | 7100-000 | $4,357.00 | $4,357.72 | $4,357.72 | $1,492.98 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | $1,537.00 | $1,537.19 | $1,537.19 | $526.65 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $1,550.00 | $1,550.26 | $1,550.26 | $531.13 |
| 9 | Midland Credit Management, Inc. | 7100-000 | $2,502.00 | $2,501.83 | $2,501.83 | $857.14 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | $917.00 | $916.61 | $916.61 | $314.04 |
| 11 | Resurgent Receivables LLC | 7100-000 | $6,636.00 | $6,636.75 | $6,636.75 | $2,273.79 |
| 12 | Resurgent Receivables LLC | 7100-000 | $6,629.00 | $6,629.97 | $6,629.97 | $2,271.46 |
| 13 | Resurgent Receivables LLC | 7100-000 | $3,482.00 | $3,482.34 | $3,482.34 | $1,193.07 |
| 14 | Resurgent Receivables LLC | 7100-000 | $3,413.00 | $3,413.49 | $3,413.49 | $1,169.48 |
| 15 | Resurgent Receivables LLC | 7100-000 | $1,206.00 | $1,206.37 | $1,206.37 | $413.31 |
| 16 | Resurgent Receivables LLC | 7100-000 | $6,681.00 | $6,681.72 | $6,681.72 | $2,289.19 |
| 17 | Synchrony Bank | 7100-000 | $3,671.00 | $3,671.21 | $3,671.21 | $1,257.78 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Resurgent Receivables LLC | 7100-000 | $2,036.00 | $2,036.09 | $2,036.09 | $697.58 |
| 19 | Quantum3 Group LLC | 7100-000 | $847.00 | $847.33 | $847.33 | $290.30 |
| 20 | Quantum3 Group LLC | 7100-000 | $864.00 | $864.49 | $864.49 | $296.18 |
| N/F | Barclays Bank Delaware | 7100-000 | $4,066.00 | NA | NA | NA |
| N/F | Barclays Bank Delaware | 7100-000 | $2,149.00 | NA | NA | NA |
| N/F | Bbva Usa | 7100-000 | $13,995.00 | NA | NA | NA |
| N/F | Ccs/first Savings Bank | 7100-000 | $1,689.00 | NA | NA | NA |
| N/F | Hsbc Bank | 7100-000 | $3,344.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$82,466.00** | **$58,996.56** | **$58,996.56** | **$20,212.55** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 6:20-17559 SC
**Case Name:** JORDAN, INGRID S.

**For Period Ending:** 07/31/2023

**Trustee Name:** (001390) Larry D. Simons
**Date Filed (f) or Converted (c):** 11/20/2020 (f)
**§ 341(a) Meeting Date:** 12/22/2020
**Claims Bar Date:** 05/03/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 503 W. Grevillea St., Ontario, CA 91762-0000, San Bernardino County<br><br>Single-family home. Joint tenant. Debtor is 68 years old. On title with daughter and son-in-law who reside at the property. Entire property value: $505,000.00. Debtor owns $252,500.00. Debtor intends to retain the property and enter into Reaffirmation Agreement. | 505,000.00 | 0.00 | | 0.00 | FA |
| 2 | Fraudulent Transfer Complaint (u)<br><br>Undisclosed asset. Settlement amount of $60,000.00 from defendants Shannon & Jeremy Bailey to settle fraudulent transfer complaint regarding estate's interest in debtor's Ontario, CA property. (Motion filed 3/31/2022, Order granting compromise of controversy 4/20/2022, Docket No. 63). Report of Sale/Settlement filed 1/05/2023, Docket No. 76. | 0.00 | 60,000.00 | | 60,000.00 | FA |
| 3 | Misc. Household Furnishings | 1,800.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. Electronics | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Collectible Items | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. Hobby Equipment | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Checking & Savings: Wells Fargo | 1,833.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$510,433.00** | **$60,000.00** | | **$60,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 6:20-17559 SC | **Trustee Name:** (001390) Larry D. Simons |
| **Case Name:** JORDAN, INGRID S. | **Date Filed (f) or Converted (c):** 11/20/2020 (f) |
| | **§ 341(a) Meeting Date:** 12/22/2020 |
| **For Period Ending:** 07/31/2023 | **Claims Bar Date:** 05/03/2021 |

**Major Activities Affecting Case Closing:**

STATUS AS OF 09/30/2023:
07/28/2023: Last distribution check cleared. Bank balance $0.00.
07/17/2023: Called claimant #1 Citizens Bank regarding the returned check. They provided the full account number and requested reissuance and mailing. Mailed replacement check today.
STATUS AS OF 06/30/2023:
06/16/2023: Emailed Citizens Bank regarding the returned check.
Distribution check returned from Citizens Bank as no account number was listed on the check.
05/17/2023: Mailed distribution checks
05/16/2023: TFR granted. Order of distribution [Docket No. 81]
TFR hearing is scheduled for May 16, 2023 at 10:00 a.m.
04/11/2023: UST filed the TFR.

STATUS AS OF 03/31/2023:
02/06/2023 - Submitted TFR to UST
Proposed distribution of 34.3% to unsecured claims
01/05/2023 - Filed Report of Sale/Settlement as evidence that defendants performed as required under the settlement agreement and all funds were received into the estate.

STATUS AS OF 12/31/2022:
11/04/2022 - Accountant filed their final fee application for Fees of $2,911.50 and Expense reimbursement of $215.42.
10/06/2022 - Emailed accountant for status on their fee application. They said it will be completed by mid-October and apologized for the delay.
STATUS AS OF 09/30/2022:
Will file TFR when we receive accountant's final fee application
09/20/2022 - Emailed to remind accountant to file their fee application.
09/06/2022 - IRS 60 day prompt determination period has passed.
08/24/2022 - Accountant plans to file their fee application when the IRS prompt determination period passes.
08/24/2022 - General counsel filed fee application for fees $28,760.00 and expenses $241.95.
07/25/2022 - Filed Notice To Professionals so professionals can file their fee applications. Court costs $350.00.
07/05/2022 - Tax returns were filed with taxing authorities, per accountant.
STATUS AS OF 06/30/2022:
IRS prompt determination period will pass by August 27, 2022
06/14/2022 - estate returns signed and mailed back to accountant for filing with taxing authorities
06/07/2022 - received estate tax returns
06/07/2022 - Order entered granting employment of accountant [Docket No. 68]
06/06/2022 - declaration that no party requested a hearing on employing accountant was filed
05/13/2022 - application to employ accountant was filed
04/21/2022 - e-mailed case documents to proposed accountant requesting estate tax return preparation
04/20/2022 - order entered granting motion to approve compromise with defendants [Docket No. 63]
04/19/2022 - filed declaration that no party requested a hearing on motion to approve compromise with defendants.
STATUS AS OF 03/31/2022:
03/31/2022 - general counsel filed motion to approve compromise with defendants in adversary case.
03/28/2022 - received $60,000.00 from the defendants in the adversary case for settling the fraudulent transfer complaint.
03/24/2022 - order granting third motion to extend deadline to 08/31/2022 [Docket No. 58]
03/22/2022 - tentative ruling is for granting trustee's deadline extension to object to debtor's exemptions to 08/31/2022.
In Adversary Proceeding, pre-trial conference hearing is rescheduled from 04/26/2022 to 07/26/2022 at 10:00 a.m.
In Adversary Proceeding, pre-trial conference hearing is rescheduled from 03/22/2022 to 04/26/2022 at 10:00 a.m.
02/22/22 - general counsel filed third motion to extend deadline for trustee to object to debtor's exemptions. Hearing is set for 03/22/2022 at 10:00 a.m.

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 6:20-17559 SC  
**Case Name:** JORDAN, INGRID S.  
**For Period Ending:** 07/31/2023

**Trustee Name:** (001390) Larry D. Simons  
**Date Filed (f) or Converted (c):** 11/20/2020 (f)  
**§ 341(a) Meeting Date:** 12/22/2020  
**Claims Bar Date:** 05/03/2021

STATUS AS OF 12/31/2021:
On-going litigation in Adversary Proceeding.  Pre-trial conference hearing is rescheduled to 03/22/2022.
10/28/2021 - PRS Receivables provided documentation.
10/25/2021 - e-mailed to follow up with creditors
10/14/2021 - claimant PRA Receivables said they are working on getting us the documentation we requested.
10/14/2021 - e-mailed Resurgent Capital Services asking for more documentation.
10/13/2021 - claimant Resurgent Capital Services provided some of the documentation requested.
10/12/2021 - order granting motion to extend deadline for trustee to object to debtor's exemption through 02/28/2022 [Docket No. 51]
10/07/2021 - e-mailed claimants for documentation if accounts were active during 2018.
09/14/2021 - no hearing.  It was continued to 10/12/2021.
09/10/2021 - filed amended second motion to extend deadline.  Hearing set for 10/12/21 at 11:00 a.m.
08/19/2021 - filed second motion to extend deadline.  Hearing set for 09/14/2021 at 11:00 a.m.
Deadline to object to debtor's exemption is 08/31/2021.
07/13/2021 - Status conference on adversary proceeding was continued to 01/18/2022.
STATUS AS OF 06/30/2021:
05/03/2021 - Adversary Proceeding opened.  Status conference hearing is set for 07/13/2021.
04/29/2021 - Order granting motion to extend deadline to 08/31/2021 [Docket No. 29]
04/27/2021 - Hearing on motion to extend deadline to object to debtor's exemption to 08/31/2021 was granted.
03/22/2021 - general counsel filed notice of motion to extend deadline for trustee to object to debtor's exemptions to 08/31/2021.  Hearing set for 04/27/2021 at 11:00 a.m.
03/15/2021 - Order granting employment of general counsel [Docket No. 23]
02/22/2021 - filed motion to extend deadline for trustee to object to debtor's exemptions to 08/31/2021.
02/22/2021 - filed declaration that no party requested a hearing on motion to employ general counsel
02/03/2021 - filed motion and notice of application to employ Law Offices of Larry D. Simons as general counsel
01/27/2021 - filed Meeting of Creditors Held and Concluded
01/27/2021 - filed Notice of Assets
01/26/2021 - Received copy of trust information. Waived appearances for 341(a) hearing

STATUS AS OF 12/31/2020:
12/22/2020 - 341(a) continued to 01/26/2021 for copy of trust information

PROFESSIONALS:
General counsel - Law Offices of Larry D. Simons (Frank Ruggier)
Accountant:  LEA Accountancy, LLP  (Sam S. Leslie)

LITIGATION:
05/03/2021 - opened 6:21-ap-01053   Trustee v. Shannon & Jeremy Bailey
Complaint to avoid and recover fraudulent transfer
05/04/2021 - summons service executed on Defendants.  Notice of status conference set for 07/13/2021 at 11:00 a.m.
06/02/2021 - Defendants filed answer to complaint
Deadline to file joint status report 06/29/2021
06/29/2021 - filed joint status report and amended status report
Status Conference scheduled for 07/13/2021 at 11:00 a.m.
07/13/2021 - Pre-trial conference hearing continued to 01/18/2022 at 11:00 a.m.; discovery cutoff date 11/01/2021; last day to file pretrial motions 12/17/2021.
07/15/2021 - filed notice of lodgment of order or judgment regarding status conference and scheduling order
07/15/2021 - scheduling order changes made by the court changes last date for pre-trial motion.  Last date of 12/17/2021 for pre-trial motions to be heard and resolved.
09/30/2021 - mailed discovery documents to defendants' counsel: Interrogatories, Requests for Production of Documents, and Requests for Admissions.
Discovery exchange between parties is due by 10/30/2021
10/27/2021 - mailed and e-mailed counsel of record for defendants' responses to the interrogatories, production and admissions.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

**Case No.:** 6:20-17559 SC
**Case Name:** JORDAN, INGRID S.
**For Period Ending:** 07/31/2023

**Trustee Name:** (001390) Larry D. Simons
**Date Filed (f) or Converted (c):** 11/20/2020 (f)
**§ 341(a) Meeting Date:** 12/22/2020
**Claims Bar Date:** 05/03/2021

Pre-trial conference hearing set for 01/18/2022.
12/17/2021 - general counsel filed stipulation between parties to continue pre-trial conference hearing to March 22, 2022 at 10:00 a.m.
Mediation has been scheduled for 01/24/2022 at 10:00 a.m. with mediator Meredith Jury.
12/27/2021 - order granting stipulation. Pre-trial conference is continued from 01/18/2022 to 03/22/2022 at 10:00 a.m. [Docket No. 16]
03/11/2022 - order continuing pre-trial conference from 03/22/2022 to 04/26/2022 at 10:00 a.m. [Docket No. 19]
03/15/2022 - general counsel filed stipulation between parties to continue pre-trial conference hearing to 07/26/22 at 10:00 a.m.
03/15/2022 - order entered granting stipulation to continue pre-trial conference from 04/26/2022 to 07/26/2022 at 10:00 a.m. [Docket No. 23]
03/28/2022 - received $60,000.00 for the compromise met
05/13/2022 - filed stipulation between parties to dismiss adversary proceeding with prejudice and request that Court vacate pending pretrial conference
05/16/2022 - order entered approving stipulation to dismiss [Docket No. 27]
06/14/2022 - Adversary Case Closed

INSURANCE:
N/A

TAX STATUS:
Estate tax returns were prepared and submitted to taxing authorities.
IRS Prompt determination period has passed.

CLAIMS: Claims Bar Deadline: 05/03/2021
No objections to claims.
06/21/21 - transfers of claims #11, #12, #13, #14, #15, #16, #18 from Synchrony Bank to Resurgent Receivables LLC

**Initial Projected Date Of Final Report (TFR):** 06/30/2023       **Current Projected Date Of Final Report (TFR):** 01/12/2023 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 6:20-17559 SC | Trustee Name: | Larry D. Simons (001390) |
|---|---|---|---|
| Case Name: | JORDAN, INGRID S. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7271 | Account #: | ******1127 Checking |
| For Period Ending: | 07/31/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/28/22 | {2} | Shannon Bailey | Settlement amount from defendants in adversary case for fraudulent transfer complaint regarding debtor's Ontario, CA property. | 1241-000 | 60,000.00 | | 60,000.00 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.61 | 59,990.39 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.94 | 59,897.45 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.80 | 59,804.65 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 105.45 | 59,699.20 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.49 | 59,606.71 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 105.08 | 59,501.63 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 95.36 | 59,406.27 |
| 10/11/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX8944 | Transition Debit to TriState Capital Bank acct XXXXXX8944 | 9999-000 | | 59,406.27 | 0.00 |

|  |  | COLUMN TOTALS |  | 60,000.00 | 60,000.00 | $0.00 |
|---|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | | 0.00 | 59,406.27 | |
| | | Subtotal | | 60,000.00 | 593.73 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $60,000.00 | $593.73 | |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 6:20-17559 SC | Trustee Name: | Larry D. Simons (001390) |
|---|---|---|---|
| Case Name: | JORDAN, INGRID S. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***7271 | Account #: | ******8944 Checking Account |
| For Period Ending: | 07/31/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/11/22 | | Transfer Credit from | Transition Credit from | 9999-000 | 59,406.27 | | 59,406.27 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 92.03 | 59,314.24 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 101.41 | 59,212.83 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 94.90 | 59,117.93 |
| 05/16/23 | 1000 | LEA Accountancy, LLP | Distribution payment - Dividend paid at 100.00% of $215.42; Claim # ACCT EXP; Filed: $215.42 | 3420-000 | | 215.42 | 58,902.51 |
| 05/16/23 | 1001 | LEA Accountancy, LLP | Distribution payment - Dividend paid at 100.00% of $2,911.50; Claim # ACCT FEES; Filed: $2,911.50 | 3410-000 | | 2,911.50 | 55,991.01 |
| 05/16/23 | 1002 | Law Offices of Larry D. Simons | Distribution payment - Dividend paid at 100.00% of $241.95; Claim # ATTY EXP; Filed: $241.95 | 3120-000 | | 241.95 | 55,749.06 |
| 05/16/23 | 1003 | Law Offices of Larry D. Simons | Distribution payment - Dividend paid at 100.00% of $28,760.00; Claim # ATTY FEES; Filed: $28,760.00 | 3110-000 | | 28,760.00 | 26,989.06 |
| 05/16/23 | 1004 | United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # COURT FEES; Filed: $350.00 | 2700-000 | | 350.00 | 26,639.06 |
| 05/16/23 | 1005 | Larry D. Simons | Distribution payment - Dividend paid at 100.00% of $6,250.00; Claim # FEE; Filed: $6,250.00 | 2100-000 | | 6,250.00 | 20,389.06 |
| 05/16/23 | 1006 | Larry D. Simons | Distribution payment - Dividend paid at 99.61% of $177.20; Claim # TE; Filed: $177.20 | 2200-000 | | 176.51 | 20,212.55 |
| 05/16/23 | 1007 | Citizens Bank N.A. | Distribution payment - Dividend paid at 34.26% of $671.50; Claim # 1; Filed: $671.50 Voided on 07/17/2023 | 7100-000 | | 230.06 | 19,982.49 |
| 05/16/23 | 1008 | LVNV Funding, LLC | Distribution payment - Dividend paid at 34.26% of $2,374.80; Claim # 2; Filed: $2,374.80 | 7100-000 | | 813.62 | 19,168.87 |
| 05/16/23 | 1009 | LVNV Funding, LLC | Distribution payment - Dividend paid at 34.26% of $2,017.26; Claim # 3; Filed: $2,017.26 | 7100-000 | | 691.12 | 18,477.75 |
| 05/16/23 | 1010 | LVNV Funding, LLC | Distribution payment - Dividend paid at 34.26% of $5,223.19; Claim # 4; Filed: $5,223.19 | 7100-000 | | 1,789.49 | 16,688.26 |
| 05/16/23 | 1011 | MERRICK BANK | Distribution payment - Dividend paid at 34.26% of $2,376.44; Claim # 5; Filed: $2,376.44 | 7100-000 | | 814.18 | 15,874.08 |
| 05/16/23 | 1012 | Citibank, N.A. | Distribution payment - Dividend paid at 34.26% of $4,357.72; Claim # 6; Filed: $4,357.72 | 7100-000 | | 1,492.98 | 14,381.10 |
| 05/16/23 | 1013 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 34.26% of $1,537.19; Claim # 7; Filed: $1,537.19 | 7100-000 | | 526.65 | 13,854.45 |
| 05/16/23 | 1014 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 34.26% of $1,550.26; Claim # 8; Filed: $1,550.26 | 7100-000 | | 531.13 | 13,323.32 |
| 05/16/23 | 1015 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 34.26% of $2,501.83; Claim # 9; Filed: $2,501.83 | 7100-000 | | 857.14 | 12,466.18 |

Page Subtotals:  $59,406.27    $46,940.09

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2                                                                                          Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 6:20-17559 SC | Trustee Name: | Larry D. Simons (001390) |
|---|---|---|---|
| Case Name: | JORDAN, INGRID S. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***7271 | Account #: | ******8944 Checking Account |
| For Period Ending: | 07/31/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/16/23 | 1016 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 34.26% of $916.61; Claim # 10; Filed: $916.61 | 7100-000 | | 314.04 | 12,152.14 |
| 05/16/23 | 1017 | Resurgent Receivables LLC | Distribution payment - Dividend paid at 34.26% of $6,636.75; Claim # 11; Filed: $6,636.75 | 7100-000 | | 2,273.79 | 9,878.35 |
| 05/16/23 | 1018 | Resurgent Receivables LLC | Distribution payment - Dividend paid at 34.26% of $6,629.97; Claim # 12; Filed: $6,629.97 | 7100-000 | | 2,271.46 | 7,606.89 |
| 05/16/23 | 1019 | Resurgent Receivables LLC | Distribution payment - Dividend paid at 34.26% of $3,482.34; Claim # 13; Filed: $3,482.34 | 7100-000 | | 1,193.07 | 6,413.82 |
| 05/16/23 | 1020 | Resurgent Receivables LLC | Distribution payment - Dividend paid at 34.26% of $3,413.49; Claim # 14; Filed: $3,413.49 | 7100-000 | | 1,169.48 | 5,244.34 |
| 05/16/23 | 1021 | Resurgent Receivables LLC | Distribution payment - Dividend paid at 34.26% of $1,206.37; Claim # 15; Filed: $1,206.37 | 7100-000 | | 413.31 | 4,831.03 |
| 05/16/23 | 1022 | Resurgent Receivables LLC | Distribution payment - Dividend paid at 34.26% of $6,681.72; Claim # 16; Filed: $6,681.72 | 7100-000 | | 2,289.19 | 2,541.84 |
| 05/16/23 | 1023 | Synchrony Bank | Distribution payment - Dividend paid at 34.26% of $3,671.21; Claim # 17; Filed: $3,671.21 | 7100-000 | | 1,257.78 | 1,284.06 |
| 05/16/23 | 1024 | Resurgent Receivables LLC | Distribution payment - Dividend paid at 34.26% of $2,036.09; Claim # 18; Filed: $2,036.09 | 7100-000 | | 697.58 | 586.48 |
| 05/16/23 | 1025 | Quantum3 Group LLC | Distribution payment - Dividend paid at 34.26% of $847.33; Claim # 19; Filed: $847.33 | 7100-000 | | 290.30 | 296.18 |
| 05/16/23 | 1026 | Quantum3 Group LLC | Distribution payment - Dividend paid at 34.26% of $864.49; Claim # 20; Filed: $864.49 | 7100-000 | | 296.18 | 0.00 |
| 07/17/23 | 1007 | Citizens Bank N.A. | Distribution payment - Dividend paid at 34.26% of $671.50; Claim # 1; Filed: $671.50 Voided: check issued on 05/16/2023 | 7100-000 | | -230.06 | 230.06 |
| 07/17/23 | 1027 | Citizens Bank N.A. | Distribution payment - Dividend paid at 34.26% of $671.50; Claim # 1; Filed: $671.50 | 7100-000 | | 230.06 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| **COLUMN TOTALS** | 59,406.27 | 59,406.27 | $0.00 |
| Less: Bank Transfers/CDs | 59,406.27 | 0.00 | |
| **Subtotal** | 0.00 | 59,406.27 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $59,406.27 | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:20-17559 SC | **Trustee Name:** | Larry D. Simons (001390) |
| **Case Name:** | JORDAN, INGRID S. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***7271 | **Account #:** | ******8944 Checking Account |
| **For Period Ending:** 07/31/2023 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1127 Checking | $60,000.00 | $593.73 | $0.00 |
| ******8944 Checking Account | $0.00 | $59,406.27 | $0.00 |
| | **$60,000.00** | **$60,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)